AO 440 (Rev. 06/12) Summons in a Civil Action

# UNITED STATES DISTRICT COURT
for the
Central District of California

| | |
|---|---|
| DANIEL NERSOYAN, as an individual, <br><br> *Plaintiff(s)* <br> v. <br> COUNTY OF LOS ANGELES, a county corporation (see attached) <br><br> *Defendant(s)* | ) ) ) ) ) ) ) ) ) ) ) ) <br><br> Civil Action No. 2:19-CV-08109-SVW(MAAx) |

## SUMMONS IN A CIVIL ACTION

To: *(Defendant's name and address)* COUNTY OF LOS ANGELES, COUNTY OF LOS ANGELES SHERIFF'S DEPARTMENT, SHERIFF JAMES MCDONNELL, DEPUTY KENNETH COLLINS, DOES 1-10.

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:
MICHAEL SEAN DEVEREUX
WEX LAW
1880 Century Park East, Suite 1101
Los Angeles, California 90067

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.



CLERK OF COURT

*Margo Mead*

Signature of Clerk or Deputy Clerk

Date: 10/15/2019

AO 440 (Rev. 06/12) Summons in a Civil Action (Page 2)

Civil Action No.

## PROOF OF SERVICE
*(This section should not be filed with the court unless required by Fed. R. Civ. P. 4 (l))*

This summons for *(name of individual and title, if any)* _____
was received by me on *(date)* _____ .

☐ I personally served the summons on the individual at *(place)* _____
_____ on *(date)* _____ ; or

☐ I left the summons at the individual's residence or usual place of abode with *(name)* _____
_____ , a person of suitable age and discretion who resides there,
on *(date)* _____ , and mailed a copy to the individual's last known address; or

☐ I served the summons on *(name of individual)* _____ , who is
designated by law to accept service of process on behalf of *(name of organization)* _____
_____ on *(date)* _____ ; or

☐ I returned the summons unexecuted because _____ ; or

☐ Other *(specify):*

My fees are $ _____ for travel and $ _____ for services, for a total of $ 0.00 .

I declare under penalty of perjury that this information is true.

Date: _____                 _____
                                              *Server's signature*

                                              _____
                                              *Printed name and title*

                                              _____
                                              *Server's address*

Additional information regarding attempted service, etc:

Michael S. Devereux  (SBN 225240)
WEX LAW
PROFESSIONAL LAW CORPORATION
1000 WILSHIRE BOULEVARD, SUITE 2150
LOS ANGELES, CALIFORNIA  90017
TELEPHONE: (213) 986-9844
FACSIMILE:  (213) 342-6190

Attorneys for PLAINTIFF , DANIEL NERSOYAN

THE UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| DANIEL NERSOYAN, as an individual, | CASE NO.: |
|---|---|
| PLAINTIFF , | COMPLAINT FOR: |
| v. | (1) UNREASONABLE SEARCH AND SEIZURE OF PROPERTY (42 U.S.C. §1983); |
| COUNTY OF LOS ANGELES, a county corporation, COUNTY OF LOS ANGELES SHERIFF'S DEPARTMENT, a public entity, SHERIFF JAMES MCDONNELL, in his official capacity and as an individual, DEPUTY KENNETH COLLINS, individually and in his official capacity as a Deputy, as an individual, and DOES 1-10. | (2) DEPRIVATION OF PROPERTY WITHOUT DUE PROCESS; (3) VIOLATION OF SUBSTANTIVE DUE PROCESS; (4) MUNICIPAL LIABILITY FOR UNCONSTITUTIONAL CUSTOM OR POLICY (42 U.S.C. §1983); (5) CONVERSION; (6) INFLICTION OF EMOTIONAL DISTRESS; (7) TRESPASS AGAINST PERSONAL PROPERTY |
| Defendant. | **DEMAND FOR JURY TRIAL** |

**CASE NO.:**             1             **COMPLAINT**

1 | Michael S. Devereux  (SBN 225240)
2 | WEX LAW
3 | PROFESSIONAL LAW CORPORATION
3 | 1000 WILSHIRE BOULEVARD, SUITE 2150
4 | LOS ANGELES, CALIFORNIA  90017
5 | TELEPHONE: (213) 986-9844
5 | FACSIMILE:  (213) 342-6190

Attorneys for PLAINTIFF , DANIEL NERSOYAN

THE UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| DANIEL NERSOYAN, as an individual, | CASE NO.: |
|---|---|
| PLAINTIFF, | COMPLAINT FOR: |
| v. | (1) UNREASONABLE SEARCH AND SEIZURE OF PROPERTY (42 U.S.C. §1983); |
| COUNTY OF LOS ANGELES, a county corporation, COUNTY OF LOS ANGELES SHERIFF'S DEPARTMENT, a public entity, SHERIFF JAMES MCDONNELL, in his official capacity and as an individual, DEPUTY KENNETH COLLINS, individually and in his official capacity as a Deputy, as an individual, and DOES 1-10. | (2) DEPRIVATION OF PROPERTY WITHOUT DUE PROCESS; (3) VIOLATION OF SUBSTANTIVE DUE PROCESS; (4) MUNICIPAL LIABILITY FOR UNCONSTITUTIONAL CUSTOM OR POLICY (42 U.S.C. §1983); (5) CONVERSION; (6) INFLICTION OF EMOTIONAL DISTRESS; (7) TRESPASS AGAINST PERSONAL PROPERTY |
| Defendant. | **DEMAND FOR JURY TRIAL** |

CASE NO.:                         1                         COMPLAINT

Michael S. Devereux  (SBN 225240)
WEX LAW
PROFESSIONAL LAW CORPORATION
1000 WILSHIRE BOULEVARD, SUITE 2150
LOS ANGELES, CALIFORNIA  90017
TELEPHONE: (213) 986-9844
FACSIMILE:  (213) 342-6190

Attorneys for PLAINTIFF , DANIEL NERSOYAN

THE UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| DANIEL NERSOYAN, as an individual,<br><br>                PLAINTIFF ,<br>         v.<br><br>COUNTY OF LOS ANGELES, a county corporation, COUNTY OF LOS ANGELES SHERIFF'S DEPARTMENT, a public entity, SHERIFF JAMES MCDONNELL, in his official capacity and as an individual, DEPUTY KENNETH COLLINS, individually and in his official capacity as a Deputy, as an individual, and DOES 1-10.<br><br>                Defendant. | CASE NO.: 2:19-cv-08109-SVW (MAAx)<br><br>**COMPLAINT FOR:**<br><br>(1) UNREASONABLE SEARCH AND SEIZURE OF PROPERTY (42 U.S.C. §1983);<br>(2) DEPRIVATION OF PROPERTY WITHOUT DUE PROCESS;<br>(3) VIOLATION OF SUBSTANTIVE DUE PROCESS;<br>(4) MUNICIPAL LIABILITY FOR UNCONSTITUTIONAL CUSTOM OR POLICY (42 U.S.C. §1983);<br>(5) CONVERSION;<br>(6) INFLICTION OF EMOTIONAL DISTRESS<br>(7) TRESPASS AGAINST PERSONAL PROPERTY<br><br>**DEMAND FOR JURY TRIAL** |

**CASE NO.:**                                                1                                             **COMPLAINT**