Michael S. Devereux (SBN 225240)
WEX LAW
1880 Century Park East, Suite 1101
Los Angeles, California 90067
Telephone: (213) 986-9844
Facsimile: (213) 342-6190

Attorneys for PLAINTIFF, DANIEL NERSOYAN

THE UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

DANIEL NERSOYAN, as an individual,

PLAINTIFF ,
v.

COUNTY OF LOS ANGELES, a county corporation, COUNTY OF LOS ANGELES SHERIFF'S DEPARTMENT, a public entity, SHERIFF JAMES MCDONNELL, in his official capacity and as an individual, DEPUTY KENNETH COLLINS, individually and in his official capacity as a Deputy, as an individual, and DOES 1-10.

Defendant.

CASE NO.: 19-CV-08109-SVW(MAAx)

**Honorable Stephen V. Wilson**

**NOTICE OF PROOF OF SERVICE OF SUMMONS AND COMPLAINT OF DEFENDANT LOS ANGELES SHERIFF DEPARTMENT; EXHIBIT**

TRIAL DATE: None Set

PLEASE TAKE NOTICE THAT on November 8, 2019, the Summons and Complaint, along with further case initiating documents were personally served on defendant LOS ANGELES SHERIFF'S DEPARTMENT, a public entity, located

WEX LAW

WEX LAW

at 4900 S. Eastern Avenue, Commerce, California 90040, pursuant to the executed Proof of Service, a true and correct copy of which is attached hereto as Exhibit A.

Dated: November 18, 2019 WEX LAW

/s/ Michael S. Devereux

By: ______________________________

Michael S. Devereux
Attorney for Plaintiff
DANIEL NERSOYAN

CASE NO.: CV 19-08109-SVW (MAAx) 2 PROOF OF SERVICE

PROOF OF SERVICE

STATE OF CALIFORNIA )
) ss.
COUNTY OF LOS ANGELES )

I, THE UNDERSIGNED, DECLARE UNDER THE PENALTY OF PERJURY THAT THE FOLLOWING IS TRUE AND CORRECT:

I am employed in the County of Los Angeles, State of California, and am over the age of eighteen (18) years of age and not a party to the within action. My business address is 1880 Century Park East, Suite 1101, Los Angeles, California 90067.

On the date of execution hereof, I served the foregoing document described as **NOTICE OF PROOF OF SERVICE OF SUMMONS AND COMPLAINT OF DEFENDANT LOS ANGELES SHERIFF DEPARTMENT** on the interested parties in this action by email and by placing a true copy thereof enclosed in a sealed envelope addressed as follows:

Los Angeles Sheriff Department
4900 S. Eastern Avenue
Commerce, California 90040

☒ **(BY US Mail)** By placing such envelope, with postage thereon fully prepaid for US Mail, to be placed in the USPO mail box at Los Angeles, California.

☐ **(BY FACSIMILE)** By placing such document for collection and transmission to the facsimile numbers listed above.

☐ **(BY ONLINE)** By submitting through claim system initiated by the City of Los Angeles at https://claims.lacity.org/Home/BasicClaim

I declare under penalty of perjury under the laws of the State of California that the foregoing is true and correct and that this declaration was executed on November 18, 2019, at Los Angeles, California.

/s/ Rachel Moore
Rachel Moore

WEX LAW

# Exhibit A

| Attorney or Party Without Attorney (Name and Address) | Telephone No. | FOR COURT USE ONLY |
|---|---|---|
| MICHAEL S. DEVEREUX<br>WEX LAW<br>PROFESSIONAL LAW CORPORATION<br>1880 CENTURY PARK EAST<br>SUITE 1101<br>LOS ANGELES CA 90067<br>Attorney For (Name): PLAINTIFF | 310/439-9627<br>Ref. No. or File No.<br>B92405/NERSOYAN | |
| Insert name of court and name of judicial district and branch court, if any.<br>UNITED STATES DISTRICT COURT CENTRAL DISTRICT OF CALIFORNIA | | |
| Short Title of Case:<br>NERSOYAN VS COUTNY OF LOS ANGELES | | |

| Invoice No.: | Date: | Time: | Dep./Div.: | Case Number: |
|---|---|---|---|---|
| 758147 | | | | 2:19-CV-08109-SVW (MAAX) |

# PROOF OF SERVICE OF SUMMONS

I certify that I am authorized to serve the summons and complaint in the within action pursuant toF.R.Civ.P.4(c) and that I served the summons and complaint as follows:

SUMMONS AND COMPLAINT
NOTICE OF INTERESTED PARTIES
CIVIL COVER SHEET

1. Name and title of person served:
COUNTY OF LOS ANGELES SHERIFF'S DEPARTMENT
2. Person with whom left: CHRISTINE WU
OFFICE ASSISTANT (AUTHORIZED TO ACCEPT)
3. Date and time of delivery: 11/08/19 , 10:17 AM
5. Place of service:

4900 S. EASTERN AVE.
COMMERCE CA 90040

PERSONAL SERVICE

UPON A BUSINESS ENTITY(DOMESTIC OR FOREIGN CORPORATION OR PARTNERSHIP OR ASSOCIATION SUBJECT TO SUIT UNDER A COMMON NAME) by delivering a copy of the summons and complaint to an officer or a managing or general agent. any other agent authorized by appointment or by law to receive service of process(if the agent is authorized by statute and the statute so requires, copies of the summons and complaint must also be mailed to the defendant) [FRCP Rule 4(h)(1)(B)] AND Pursuant to the law to the law of the state in which the district court is located or of the state in which service is made [FRCP Rule 4(h)(1)(A)] (CCP 416.10(b)]

SIGNAL ATTORNEY SERVICE, INC.
P.O. Box 91985
Long Beach CA 90809
(562)595-1337 FAX(562)595-6294

I declare under penalty of perjury, under the laws of the State of California and of the United States of America that the foregoing is true and correct.

DATE: 11/12/19

SIGNATURE [signature]