| Attorney or Party Without Attorney (Name and Address) | Telephone No. | FOR COURT USE ONLY |
|---|---|---|
| MICHAEL S. DEVEREUX<br>WEX LAW<br>PROFESSIONAL LAW CORPORATION<br>1880 CENTURY PARK EAST<br>SUITE 1101<br>LOS ANGELES CA 90067<br>Attorney For (Name): PLAINTIFF | 310/439-9627<br><br>Ref. No. or File No.<br><br>758349/NERSOYAN | |

Insert name of court and name of judicial district and branch court, if any.
UNITED STATES DISTRICT COURT CENTRAL DISTRICT OF CALIFORNIA

Short Title of Case:
NERSOYAN VS COUTNY OF LOS ANGELES

| Invoice No.: | Date: | Time: | Dep./Div.: | Case Number: |
|---|---|---|---|---|
| 758349 | | | | 2:19-CV-08109-SVW (MAAX) |

PROOF OF SERVICE SUMMONS AND COMPLAINT

I certify that I am authorized to serve the SUMMONS and COMPLAINT in the within action pursuant to F.R.Civ.P.4(c) and that I served the SUMMONS and COMPLAINT as follows:

SUMMONS AND COMPLAINT
NOTICE OF INTERESTED PARTIES
CIVIL COVER SHEET

1. Name and title of person served: DEPUTY KENNETH COLLINS, INDIVIDUALLY AND IN HIS OFFICIAL CAPACITY AS A DEPUTY

2. Date and time of delivery: 12/11/19 , 09:39 AM

3. Place of service: RESIDENCE
   BUSINESS    2113 NORTH HWY 175
               SEAGOVILLE TX 75159

PERSONAL SERVICE

PERSONAL SERVICE, by handing copies to the person served (F.R.Civ.P. 4e)
I declare under penalty of perjury that the foregoing document is true and correct.

Executed at SIGNAL HILL, state of CALIFORNIA on 12/12/19

SERVED BY: DEPUTY HINOJOSA    FEE FOR SERVICE: $213.00

SIGNAL ATTORNEY SERVICE, INC.
P.O. Box 91985
Long Beach CA 90809
(562)595-1337 FAX(562)595-6294

d. Registered California process server
   (1) [ ] Employee or [X] Independent Contractor
   (2) Registration No. N/A
   (3) County: STATE OF TX.
   (4) Expiration:

I declare under penalty of perjury, under the laws of the State of California and of the United States of America that the foregoing is true and correct.
DATE: 12/12/19                                SIGNATURE (See attached)

## CONSTABLE'S RETURN

**Style of Case:** DANIEL NERSOYAN (INDIVIDUAL) V. COUNTY OF LOS ANGELES, A COUNTY CORPORATION

**Came into hand, this** 2 **day of** DEC **, 20** 19 **, at** 1:13 **o'clock** P **M. by executing and delivering a** CITATION **issued out of the state of** CALIFORNIA **under cause number:** 2:19-CV-08109-SVW (MAAX) **, on the** 11 **day of** DEC **, 20** 19 **, at** 9:39 **o'clock** A **M., to:**

☒ KENNETH Collins personally delivered/served true and correct copies of same.

**OTHER NOTES:**

☐ _____ pursuant to Rule 106/Rule 536, to an occupant: _____ over the age of 16 years.

☐ _____ pursuant to Rule 106/Rule 536, by securely attaching and/or affixing to the _____ of the defendant's last known place of

☐ business ☒ abode. 2113 N. HWY 175 SEAGOVILLE, TX 75159

☐ _____ ☐ A Corporation ☐ A Business

**Name:** _____ ☐ President ☐ Vice-President ☐ Registered Agent

☐ _____ personally delivered/served process to the Rules Of Civil Procedure, the state of _____ , to an occupant over the age of 16 Years.

( Describe and/or name occupant: _____ )

**Service Address:** _____

☐ **RETURNED TO COURT AND/OR PLAINTIFF FOR THE FOLLOWING REASONS:**

_____

**Service Fees: $** 80.00

SIGNATURE & BADGE# DEPUTY CONSTABLE #122
**TRACEY L. GULLEY**
**DALLAS COUNTY PRECINCT 1**

**COUNTY OF DALLAS** §
§
**STATE OF TEXAS** §

**SIGNED AND SWORN BY SAID** M. Hinojosa **, before me, this** 12th **day of** December **20** 19 **, to certify which, witness my hand and seal of office.**

Brenda Moreland
My Commission Expires
04/02/2023
ID No. 10919704

NOTARY PUBLIC-IN AND FOR THE STATE OF TEXAS