COLLINSON, DAEHNKE, INLOW & GRECO
21515 HAWTHORNE BLVD., SUITE 800
TORRANCE, CALIFORNIA 90503
TEL. (424) 212-7777 | FAX (424) 212-7757

# UNITED STATES DISTRICT COURT

## CENTRAL DISTRICT OF CALIFORNIA – WESTERN DIVISION

| | |
|---|---|
| DANIEL NERSOYAN,<br><br>Plaintiff,<br><br>v.<br><br>COUNTY OF LOS ANGELES, a county corporation; COUNTY OF LOS ANGELES SHERIFF'S DEPARTMENT, a public entity; SHERIFF JAMES MCDONNELL, in his official capacity and as an individual; DEPUTY KENNETH COLLINS, individually and in his official capacity as a Deputy, nd DOES 1 through 10, inclusive<br><br>Defendants. | CASE NO. CV19-08109 SVW (MAAx)<br><br>(PROPOSED) ORDER ON DEFENDANT COUNTY OF LOS ANGELES' MOTION TO DISMISS AND STRIKE FIRST AMENDED COMPLAINT UNDER FRCP 12 (b)(6) and 12(f)<br><br>Action Filed: September 18, 2019 |

The Court having reviewed the Defendant's Motion to Dismiss under Rules of Civil Procedure Rule 12(b)(6), and good cause appearing therefore,

IT IS HEREBY ORDERED that this matter is dismissed with prejudice in its entirety.

The Court having reviewed the Motion to Strike under Rules of Civil Procedure 12(f), and good cause appearing therefore,

IT IS HEREBY ORDERED that the following paragraphs are stricken with prejudice: 1(b), 2-4, 28, 54-55, 58, 60-62, 65, 95, 119, 125, 131, 141, 148 and 152.

DATED: February __, 2020

_____
Hon. Steven V. Wilson
United States District Judge