COLLINSON, DAEHNKE, INLOW & GRECO
Laura E. Inlow, Esq., State Bar No. 130584
Email: laura.inlow@cdiglaw.com
21515 Hawthorne Blvd., Suite 800
Torrance, CA  90503
Telephone: (424) 212-7777
Facsimile: (424) 212-7757

Attorneys for Defendant, COUNTY OF LOS ANGELES

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA – WESTERN DIVISION

| | |
|---|---|
| DANIEL NERSOYAN,<br><br>   Plaintiff,<br><br>  v.<br><br>COUNTY OF LOS ANGELES, a county corporation; COUNTY OF LOS ANGELES SHERIFF'S DEPARTMENT, a public entity; SHERIFF JAMES MCDONNELL, in his official capacity and as an individual; DEPUTY KENNETH COLLINS, individually and in his official capacity as a Deputy, and DOES 1 through 10, inclusive<br><br>   Defendants. | CASE NO. CV19-08109 SVW (MAAx)<br><br>**DECLARATION OF TIM BERNS IN SUPPORT OF DEFENDANT COUNTY OF LOS ANGELES' MOTION FOR SUMMARY JUDGMENT**<br><br>Date: November 30, 2020<br>Time: 1:30 p.m.<br>Dept.: 10A<br><br>Action Filed: September 18, 2019<br>Trial Date: January 12, 2021 |

I, Tim Berns, declare:

1. I retired in 2018 from my former position as a Detective with the Los Angeles Sheriff's Department (LASD). I currently live outside the state of California but can be reached through counsel for the County of Los Angeles.

-1-
**DECLARATION OF DETECTIVE TIM BERNS**

2. I make and give the following declaration based on personal knowledge.

3. I joined the LASD in 1989. I thereafter had several duty assignments in custody and patrol.

4. From April of 2003 until my retirement in 2018, I was assigned to the Fraud and Cyber Crimes Bureau. In 2017, I was assigned to Fraud and Cyber Crimes working on a joint ID Theft Task Force with the FBI, Secret Service, and Customs.

5. In mid-2017, a Reliable Confidential Informant (RCI) asked me if I would be interested in information about a "dirty cop" who was believed at that time to be with either the Riverside or San Bernardino Sheriff's. I said yes and asked the RCI to obtain more information, including the name of the officer. I shared this information with the FBI Agent assigned to my joint taskforce.

6. A few weeks later the RCI informed me that the name of the dirty officer was Kenneth Collins. I ran the name through the LASD database and determined Kenneth Collins was a deputy sheriff with the LASD. I shared this information with my Sergeant, my Captain, and the FBI.

7. The FBI conducted the investigation and ran the undercover sting operation which resulted in the arrests of Collins and others in January of 2018. During their investigation, I was asked by the FBI to provide the work schedule for Kenneth Collins, which I did.

8. While the FBI ran the undercover operation, they allowed me and my partner to listen the first time they taped their undercover conversation with Kenneth Collins. The FBI also allowed my partner and me to be present when they ultimately arrested Collins in January of 2018.

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct. Executed this 26th day of October 2020.

_____*Tim Berns*_____
Tim Berns

# PROOF OF SERVICE
*Nersoyan v. COLA*
Case No. CV19-08109

STATE OF CALIFORNIA, COUNTY OF LOS ANGELES

I am employed in the County of Los Angeles, State of California. I am over the age of 18 and not a party to the within action. My business address is 21515 Hawthorne Blvd., Suite 800, Torrance, California 90503.

On October 26, 2020 I served the following document described as: **DECLARATION OF TIM BERNS IN SUPPORT OF DEFENDANT COUNTY OF LOS ANGELES' MOTION FOR SUMMARY JUDGMENT** on all interested parties in this action by placing [X] a true copy   [ ] the original thereof enclosed in sealed envelopes addressed as follows:

**Counsel for Plaintiff**
Michael S. Devereux, Esq.
WEX LAW A PROFESSIONAL LAW CORPORATION
1880 Century Park East, Suite 1101
Los Angeles, CA 90067
Tel: 213-986-9844
Fax: 213-342-6190
Email: mike@wex.law

[X]   (BY MAIL, 1013a, 2015.5 C.C.P.)

[X]   I am readily familiar with the firm's practice for collection and processing correspondence for mailing. Under that practice, this document will be deposited with the U.S. Postal Service on this date with postage thereon fully prepaid at Torrance, California in the ordinary course of business. I am aware that on motion of the party served, service is presumed invalid if postal cancellation date or postage meter date is more than one day after date of deposit for mailing in affidavit.

[X]   (FEDERAL) I declare that I am employed in the office of a member of the bar of this Court at whose discretion the service was made.

Executed on October 26, 2020 at Torrance, California.

/s/ Marianne M. Guillinta
Marianne Guillinta

-4-
**DECLARATION OF DETECTIVE TIM BERNS**