COLLINSON, DAEHNKE, INLOW & GRECO
Laura E. Inlow, Esq., State Bar No. 130584
Email: laura.inlow@cdiglaw.com
21515 Hawthorne Blvd., Suite 800
Torrance, CA  90503
Telephone: (424) 212-7777
Facsimile: (424) 212-7757

Attorneys for Defendant, COUNTY OF LOS ANGELES

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA – WESTERN DIVISION

| | |
|---|---|
| DANIEL NERSOYAN,<br><br>             Plaintiff,<br><br>      v.<br><br>COUNTY OF LOS ANGELES, a county corporation; COUNTY OF LOS ANGELES SHERIFF'S DEPARTMENT, a public entity; SHERIFF JAMES MCDONNELL, in his official capacity and as an individual; DEPUTY KENNETH COLLINS, individually and in his official capacity as a Deputy, and DOES 1 through 10, inclusive<br><br>             Defendants. | CASE NO. CV19-08109 SVW (MAAx)<br><br>**DEFENDANT'S REQUEST FOR JUDICIAL NOTICE IN SUPPORT OF MOTION FOR SUMMARY JUDGMENT OR, IN THE ALTERNATIVE, MOTION FOR PARTIAL SUMMARY JUDGMENT; DECLARATION OF LAURA E. INLOW: (PROPOSED) ORDER**<br><br>[Filed Concurrently with Motion for Summary Judgment, Separate Statement of Undisputed Facts, Declarations and (Proposed) Order]<br><br>Date:   November 30, 2020<br>Time:   1:30 p.m.<br>Dept.:  10A<br><br>Action Filed: September 18, 2019<br>Trial Date:  January 12, 2021 |

TO THE HONORABLE COURT, ALL PARTIES AND THEIR ATTORNEYS OF RECORD:

---

REQUEST FOR JUDICIAL NOTICE; (PROPOSED) ORDER

PLEASE TAKE NOTICE THAT Defendant County of Los Angeles submits this request for judicial notice in support of its Motion for summary judgment or, in the alternative, motion for partial summary judgment. Rule 201(d) of the *Federal Rules of Evidence* provides that a court shall take judicial notice of adjudicative facts if requested and supplied with the necessary information. A judicially noticed fact must be one not subject to reasonable dispute that is either (1) generally known within the territorial jurisdiction of the trial court or (2) capable of accurate and ready determination by resort to sources whose accuracy cannot reasonably be questioned. *Fed. Rule Evid.*, Rule 201(b). Such "[j]udicial notice may be taken as any stage of the proceeding," *Sinaloa Lake Owners Association v. City of Simi Valley* (9th Cir. 1989) 882 F.2d 1398, 1403 n. 2 cert. denied, 494 U.S. 1016 (1990), and is mandatory "if requested by a party and if [the court is] supplied with the necessary information." *Fed. Rule Evid.*, Rule 201(d). The Court may take judicial notice of records and reports of administrative bodies. *Swartz v. KPMG LLP*, 476 F.3d 756, 763 (9th Cir. 2007).

Defendant requests that the court take judicial notice of the following documents attached hereto which are "capable of accurate and ready determination" by resort to the attached sources "whose accuracy cannot reasonably be questioned."

| Exhibit | Title |
|---|---|
| A | True and correct copy of plaintiff's November 18, 2014 Government Tort Claim. |
| B | True and correct copy of County's denial letter re 2014 Government Tort Claim. |

| | | |
|---|---|---|
| 1 | C | Plaintiff's Amended Tort Claim of 2019. |
| 2 | D | County's denial of Amended Tort Claim. |
| 4 | E | True and correct copy of the Court's order granting County's Motion for Summary Judgment in 19-cv-00471 |

These documents are properly the subject of judicial notice. The Court may take judicial notice of matters of public record which are not subject to reasonable dispute over authenticity. *Grabhorn Inc. v. Metro. Serv. Dist.*, 624 F.Supp.2d 1280, 1283 (D. Or. 2009), citing *Lee v. Los Angeles*, 250 F.3d 668, 688-690 (9th Cir.

COLLINSON, DAEHNKE, INLOW & GRECO
21515 HAWTHORNE BLVD., SUITE 800
TORRANCE, CALIFORNIA 90503
TEL. (424) 212-7777 | FAX (424) 212-7757

2001); see also *United States v. Wilson*, 631 F.2d 118, 119 (9th Cir. 1980) ("[A] court may take judicial notice of its own records in other cases, as well as the records of an inferior court in other cases.").

DATED:  October 26, 2020        COLLINSON, DAEHNKE, INLOW & GRECO

By:   *Laura E. Inlow*
Laura E. Inlow, Esq.
Attorneys for Defendant, COUNTY OF LOS ANGELES

REQUEST FOR JUDICIAL NOTICE; (PROPOSED) ORDER

## **DECLARATION OF LAURA E. INLOW**

I, Laura E. Inlow, declare as follows:

1. I am a partner of Collinson, Daehnke, Inlow & Greco, counsel of record for Defendant County of Los Angeles herein. I make the following declaration based on my own personal knowledge. I could and would competently testify under oath to the facts stated herein.

2. A true and correct copy of plaintiff Daniel Nersoyan's Government Tort claim dated November 18, 2014 is attached hereto as Exhibit A.

3. A true and correct copy of the County's tort claim denial letter dated January 15, 2015 is attached hereto as Exhibit B.

4. A true and correct copy of plaintiff Daniel Nersoyan's amended tort claim dated March 31, 2019 is attached hereto as Exhibit C.

5. A true and correct copy of the County's amended tort claim denial letter dated April 8, 2019 is attached hereto as Exhibit D.

6. A true and correct copy of the Court's ruling on the County's motion for summary judgment in the case of *Valencia v. County of Los Angeles*, case number 19-cv-00471 is attached hereto as Exhibit E.

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct. Executed this 26th day of October 2020 in Torrance, California.

*Laura E. Inlow*
Laura E. Inlow

**PROOF OF SERVICE**
*Nersoyan v. COLA*
*Case No. CV19-08109*

STATE OF CALIFORNIA, COUNTY OF LOS ANGELES

I am employed in the County of Los Angeles, State of California. I am over the age of 18 and not a party to the within action. My business address is 21515 Hawthorne Blvd., Suite 800, Torrance, California 90503.

On October 26, 2020 I served the following document described as: **DEFENDANT'S REQUEST FOR JUDICIAL NOTICE IN SUPPORT OF MOTION FOR SUMMARY JUDGMENT OR, IN THE ALTERNATIVE, MOTION FOR PARTIAL SUMMARY JUDGMENT; DECLARATION OF LAURA E. INLOW: (PROPOSED) ORDER** on all interested parties in this action by placing [X] a true copy   [ ] the original thereof enclosed in sealed envelopes addressed as follows:

**Counsel for Plaintiff**
Michael S. Devereux, Esq.
WEX LAW A PROFESSIONAL LAW CORPORATION
1880 Century Park East, Suite 1101
Los Angeles, CA 90067
Tel: 213-986-9844
Fax: 213-342-6190
Email: mike@wex.law

[X]   (BY MAIL, 1013a, 2015.5 C.C.P.)

[X]   I am readily familiar with the firm's practice for collection and processing correspondence for mailing. Under that practice, this document will be deposited with the U.S. Postal Service on this date with postage thereon fully prepaid at Torrance, California in the ordinary course of business. I am aware that on motion of the party served, service is presumed invalid if postal cancellation date or postage meter date is more than one day after date of deposit for mailing in affidavit.

[X]   (FEDERAL) I declare that I am employed in the office of a member of the bar of this Court at whose discretion the service was made.

Executed on October 26, 2020 at Torrance, California.

/s/ Marianne M. Guillinta
Marianne Guillinta