1
2
3
4
5
6
7
8

COLLINSON, DAEHNKE, INLOW & GRECO
21515 HAWTHORNE BLVD., SUITE 800
TORRANCE, CALIFORNIA 90503
TEL. (424) 212-7777 | FAX (424) 212-7757

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA – WESTERN DIVISION

DANIEL NERSOYAN,

           Plaintiff,

    v.

COUNTY OF LOS ANGELES, a
county corporation; COUNTY OF LOS
ANGELES SHERIFF'S
DEPARTMENT, a public entity;
SHERIFF JAMES MCDONNELL, in
his official capacity and as an
individual; DEPUTY KENNETH
COLLINS, individually and in his
official capacity as a Deputy, and
DOES 1 through 10, inclusive

          Defendants.

CASE NO. CV19-08109 SVW (MAAx)

**(PROPOSED) ORDER ON
REQUEST FOR JUDICIAL
NOTICE IN SUPPORT OF
MOTION FOR SUMMARY
JUDGMENT OR, IN THE
ALTERNATIVE, MOTION FOR
PARTIAL SUMMARY JUDGMENT**

Action Filed: September 18, 2019
Trial Date:  January 12, 2021

    After consideration of all papers submitted in favor of and in opposition to

Defendant's Request for Judicial Notice, it is hereby ORDERED and ADJUDGED

that good cause having been shown, the Request is granted in its entirety.

    IT IS SO ORDERED.

Dated: _____

                          _____
                          Hon. Steven V. Wilson
                          United States District Court Judge