COLLINSON, DAEHNKE, INLOW & GRECO
Laura E. Inlow, Esq., State Bar No. 130584
Email: laura.inlow@cdiglaw.com
21515 Hawthorne Blvd., Suite 800
Torrance, CA 90503
Telephone: (424) 212-7777
Facsimile: (424) 212-7757

Attorneys for Defendant, COUNTY OF LOS ANGELES

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA – WESTERN DIVISION

| | |
|---|---|
| DANIEL NERSOYAN,<br><br>    Plaintiff,<br><br>    v.<br><br>COUNTY OF LOS ANGELES, a county corporation; COUNTY OF LOS ANGELES SHERIFF'S DEPARTMENT, a public entity; SHERIFF JAMES MCDONNELL, in his official capacity and as an individual; DEPUTY KENNETH COLLINS, individually and in his official capacity as a Deputy, and DOES 1 through 10, inclusive<br><br>    Defendants. | CASE NO. CV19-08109 SVW (MAAx)<br><br>**DEFENDANT'S APPENDIX OF EXHIBITS IN SUPPORT OF ITS MOTION FOR SUMMARY JUDGMENT OR, IN THE ALTERNATIVE, MOTION FOR PARTIAL SUMMARY JUDGMENT**<br><br>[Filed Concurrently with Motion for Summary Judgment, Separate Statement of Undisputed Facts, Declarations and (Proposed) Order]<br><br>Date: November 30, 2020<br>Time: 1:30 p.m.<br>Dept.: 10A<br><br>Action Filed: September 18, 2019<br>Trial Date: January 12, 2021 |

TO THE HONORABLE COURT, ALL PARTIES AND THEIR ATTORNEYS OF RECORD:

    Defendant the COUNTY OF LOS ANGELES hereby submits the following

evidence in supports of its Motion for Summary Judgment or in the alternative, Partial Summary Judgment.

| Exhibit | Title |
|---|---|
| A | True and correct copies of the pertinent portions of the deposition testimony of plaintiff Daniel Nersoyan taken on October 15, 2020. |
| B | True and correct copies of the pertinent portions of the deposition testimony of defendant Kenneth Collins taken on November 18, 2019. |
| C | True and correct copy of plaintiff's November 18, 2014 Government Tort Claim. |
| D | True and correct copy of the first certified letter from LASD to Nersoyan. |
| E | True and correct copy of audiotape of Sgt. Kimura's first phone call with plaintiff re 2014 claim. |
| F | True and correct copy of the audiotape of Sgt. Kimura's second phone call with plaintiff re 2014 claim. |
| G | True and correct copy of County's denial letter re 2014 Government Tort Claim. |
| H | True and correct copy of the second certified letter from LASD to Nersoyan. |
| I | True and correct copy of the transcription of voicemail to Kimura re attorney meeting |
| J | True and correct copy of the Court's order granting County's Motion for Summary Judgment in 19-cv-00471 |
| K | Plaintiff's Amended Tort Claim of 2019 |

//

L     County's denial of Amended Tort Claim

DATED: October 26, 2020    COLLINSON, DAEHNKE, INLOW & GRECO

By:  <u>Laura E. Inlow</u>
Laura E. Inlow, Esq.
Attorneys for Defendant, COUNTY OF LOS ANGELES

**PROOF OF SERVICE**
*Nersoyan v. COLA*
Case No. CV19-08109

STATE OF CALIFORNIA, COUNTY OF LOS ANGELES

I am employed in the County of Los Angeles, State of California. I am over the age of 18 and not a party to the within action. My business address is 21515 Hawthorne Blvd., Suite 800, Torrance, California 90503.

On October 26, 2020 I served the following document described as: **DEFENDANT'S APPENDIX OF EXHIBITS IN SUPPORT OF ITS MOTION FOR SUMMARY JUDGMENT OR, IN THE ALTERNATIVE, MOTION FOR PARTIAL SUMMARY JUDGMENT** on all interested parties in this action by placing [X] a true copy   [ ] the original thereof enclosed in sealed envelopes addressed as follows:

**Counsel for Plaintiff**
Michael S. Devereux, Esq.
WEX LAW A PROFESSIONAL LAW CORPORATION
1880 Century Park East, Suite 1101
Los Angeles, CA 90067
Tel: 213-986-9844
Fax: 213-342-6190
Email: mike@wex.law

[X]   (BY MAIL, 1013a, 2015.5 C.C.P.)

[X]   I am readily familiar with the firm's practice for collection and processing correspondence for mailing. Under that practice, this document will be deposited with the U.S. Postal Service on this date with postage thereon fully prepaid at Torrance, California in the ordinary course of business. I am aware that on motion of the party served, service is presumed invalid if postal cancellation date or postage meter date is more than one day after date of deposit for mailing in affidavit.

[X]   (FEDERAL) I declare that I am employed in the office of a member of the bar of this Court at whose discretion the service was made.

Executed on October 26, 2020 at Torrance, California.

/s/ Marianne M. Guillinta
Marianne Guillinta

APPENDIX OF EXHIBITS