# Exhibit C

# CLAIM FOR DAMAGES TO PERSON OR PROPERTY

**COUNTY OF LOS ANGELES**



FILED

14-3525

2014 NOV 25 PM 3:37

TIME STAMP OFFICE USE ONLY

**INSTRUCTIONS:**
1. Read claim thoroughly.
2. Fill out claim as indicated; attach additional information if necessary.
3. Please return this original signed claim and any attachments supporting your claim. This form **must** be signed.

DELIVER OR U.S MAIL TO:
EXECUTIVE OFFICER, BOARD OF SUPERVISORS, ATTENTION: CLAIMS
500 WEST TEMPLE STREET, ROOM 383, KENNETH HAHN HALL OF
ADMINISTRATION, LOS ANGELES, CA 90012
(213) 974-1440

BOARD OF SUPERVISORS
COUNTY OF LOS ANGELES

1. [X] Mr. [ ] Ms. [ ] Mrs.  LAST NAME: Nersoyan   FIRST NAME: Daniel

2. ADDRESS OF CLAIMANT/ ATTORNEY: Claimant
Street / City, State / Zip Code: 12090 Nelson Road, Moorpark, CA 93021

HOME TELEPHONE: (323) 493-2228
BUSINESS TELEPHONE: ( )

3. CLAIMANT'S BIRTHDATE: 10/18/1971
4. CLAIMANT'S SOCIAL SECURITY NUMBER:

5. DATE AND TIME OF INCIDENT: 05/28/2014 at 6:30pm

6. WHERE DID DAMAGE OR INJURY OCCUR?
Street / City, State / Zip Code: E. Slauson/McKinley Ave.   Los Angeles, CA  90011

7. DESCRIBE IN DETAIL HOW DAMAGE OR INJURY OCCURRED:
On May 28, 2014, at approx. 6:30pm, Los Angeles County Sheriff's Deputy (driving patrol vehicle #137) without any probable cause or justification followed my employee Hyrum Dubon's vehicle for a considerable amount of time and then pulled him over on E. Slauson Ave. The deputy then ordered Mr. Dubon to open the trunk of the vehicle and took my duffel bag containing $158,000 in U.S. Currency belonging to me. The deputy then left the premises without providing any receipt.

8. WERE POLICE OR PARAMEDICS CALLED?  YES [ ]  NO [X]

9. IF PHYSICIAN WAS VISITED DUE TO INJURY, INCLUDE DATE OF FIRST VISIT AND PHYSICIAN'S NAME, ADDRESS AND PHONE NUMBER:
DATE OF FIRST VISIT / PHYSICIAN'S NAME
PHYSICIAN'S ADDRESS / PHONE ( )

10. WHY DO YOU CLAIM COUNTY IS RESPONSIBLE?
The deputy involved in this incident is employed by the Los Angeles County Sheriff's Department.

11. NAMES OF ANY COUNTY EMPLOYEES (AND THEIR DEPARTMENTS) INVOLVED IN INJURY OR DAMAGE (IF APPLICABLE):
NAME: To Be Determined   DEPT.: Los Angeles County Sheriff's Dept.
NAME:   DEPT.:

12. WITNESSES TO DAMAGE OR INJURY: LIST ALL PERSONS AND ADDRESSES OF PERSONS KNOWN TO HAVE INFORMATION:
NAME: Hyrum Dubon   PHONE: 213-393-3776
ADDRESS:
NAME:   PHONE:
ADDRESS:
NAME:   PHONE:

13. LIST DAMAGES INCURRED TO DATE (and attach copies of receipts or repair estimate): $158,000.00

TOTAL DAMAGES TO DATE: $158,000.00
TOTAL ESTIMATED PROSPECTIVE DAMAGES: $158,000.00

**THIS CLAIM MUST BE *SIGNED***
*NOTE: PRESENTATION OF A FALSE CLAIM IS A FELONY (PENAL CODE SECTION 72)*

## WARNING

- CLAIMS FOR DEATH, INJURY TO PERSON OR TO PERSONAL PROPERTY MUST BE FILED NOT LATER THAN 6 MONTHS AFTER THE OCCURENCE. (GOVERNMENT CODE SECTION 911.2)

- ALL OTHER CLAIMS FOR DAMAGES MUST BE FILED NOT LATER THAN ONE YEAR AFTER THE OCCURRENCE. (GOVERNMENT CODE SECTION 911.2)

- SUBJECT TO CERTAIN EXCEPTIONS, YOU HAVE ONLY SIX (6) MONTHS FROM THE DATE OF THE WRITTEN NOTICE OF REJECTION OF YOUR CLAIM TO FILE A COURT ACTION. (GOVERNMENT CODE SECTION 945.6)

- IF WRITTEN NOTICE OF REJECTION OF YOUR CLAIM IS NOT GIVEN, YOU HAVE TWO (2) YEARS FROM ACCRUAL OF THE CAUSE OF ACTION TO FILE A COURT ACTION. (GOVERNMENT CODE SECTION 945.6)

14. PRINT OR TYPE NAME: Daniel Nersoyan   DATE: 11/18/2014
15. SIGNATURE OF CLAIMANT OR PERSON FILING ON HIS/HER BEHALF GIVING RELATIONSHIP TO CLAIMANT: [signature]

REVISED 4/06

# LOS ANGELES COUNTY SHERIFF'S DEPARTMENT
## CLAIM FOR DAMAGES TO PERSON OR PROPERTY

FILED
2014 NOV 25 PM 3: 36
BOARD OF SUPERVISORS
COUNTY OF LOS ANGELES

**INSTRUCTIONS:**
1. Read entire claim thoroughly.
2. Fill out the claim completely.
3. This claim form must be signed.
4. Submit original signed copy.
5. Photocopies may be made for your records.

**WARNING**
- Claims for death, injury to person or to personal property must be filed no later than 6 months after the occurrence. (GOV. CODE SECTION 911.2)
- All other claims for damages must be filed no later than one year after the occurrence. (GOV. CODE SECTION 911.2)
- Subject to certain exception, you have only six months from the date of written notice of rejection of your claim to file a court action (GOV. CODE SECTION 945.6)
- If written notice of rejection of your claim is not given, you have 2 years from accrual of the cause of the action to file a court action. (GOV. CODE SECTION 945.6)

TIME STAMP HERE FOR OFFICE USE ONLY

**1. WHEN AND WHERE DID DAMAGE OR INJURY OCCUR?**
DATE: 05/28/14  TIME: 6:30pm  STREET ADDRESS OR LOCATION: E. Slauson/McKinley Ave.  CITY: Los Angeles  ZIP: 90011

**15. WERE THE PARAMEDICS CALLED?** No

**2. NAME(S) OF SHERIFF PERSONNEL INVOLVED:**
NAME: To Be Determined  STATION / FACILITY: LASD - Patrol Vehicle No. 137
NAME:  STATION / FACILITY:

**16. DID THE CLAIMANT VISIT A PHYSICIAN?**
PHYSICIAN'S NAME:
ADDRESS/(PHONE):
DATE OF VISIT:

**3. DESCRIBE IN DETAIL HOW DAMAGE OR INJURY OCCURRED:** (Use attachments if necessary)

On May 28, 2014, at approx. 6:30pm, Los Angeles County Sheriff's Deputy (driving patrol vehicle #137) without any probable cause or justification followed my employee Hyrum Dubon's vehicle for a considerable amount of time and then pulled him over on E. Slauson Ave. The Deputy then ordered Mr. Dubon to open the trunk of the vehicle and proceeded to take my duffel bag containing $158,000 in US Currency belonging to me. The Deputy then left the premises without providing any receipt whatsoever regarding the seizure of my money.

**4. WHY DO YOU CLAIM THE SHERIFF'S DEPARTMENT IS RESPONSIBLE?**

The deputy involved in this incident was wearing a Los Angeles County Sheriff's Department uniform and was driving a marked Los Angeles County Sheriff's Department patrol vehicle #137.

**5. LIST DAMAGES INCURRED TO DATE (Attach Copy of Receipts & Repair Estimates)**

$158,000.00 in U.S. Currency

**17. WITNESS TO DAMAGE OR INJURY?**
NAME: Hyrum Dubon
ADDRESS:
CITY/PHONE: 213.395-3776

**6. SHERIFF'S DEPARTMENT FILE OR REPORT#**

NAME:
ADDRESS:
CITY/PHONE:

**7. NAME OF CLAIMANT (Print Clearly)**: Daniel Nersoyan
**8. DRIVER'S LICENSE OR I.D. #**: A7159020

**9. DATE OF BIRTH**: 10/18/14
**10. SOCIAL SECURITY #**:
**11. Booking Number (if applicable)**:

**12. CORRESPONDENCE ADDRESS - (STREET, CITY, STATE, ZIP)**
12090 Nelson Road, Moorpark, CA, 93021

**TOTAL DAMAGES TO DATE** $ 158,000.00

**13. HOME PHONE (or phone you can be contacted at)**: (323) 493-2228
**14. BUSINESS PHONE**: ( )

**TOTAL ESTIMATED DAMAGES** $ 158,000.00

**THIS CLAIM MUST BE SIGNED**
NOTE: PRESENTATION OF A FALSE CLAIM IS A FELONY (PENAL CODE SEC. 72.)

**18. SIGNATURE OF CLAIMANT OR PERSON FILING ON HIS/HER BEHALF:** [signature]
**19. PRINT OR TYPE NAME**: Daniel Nersoyan
**DATE**: 11/18/14

Deliver or mail to Executive Officer, Board of Supervisors, County of Los Angeles, Room 383, Kenneth Hahn Hall of Administration, 500 W. Temple St. LA, CA 90012

SH-AD-672