# Exhibit D



**County of Los Angeles**
# Sheriff's Department Headquarters
*4700 Ramona Boulevard*
*Monterey Park, California 91754-2169*



*Jim McDonnell, Sheriff*

(323) 981-5300

December 16, 2014

Mr. Daniel Nersoyan
12090 Nelson Road
Moorpark, California 93021

Dear Mr. Nersoyan:

**Re: Civil Claim 14-1118692*001 – 10 Day Notice**

Your civil claim dated November 25, 2014, is being investigated by Sergeant Douglas Kimura. Sergeant Kimura has attempted to contact you, but he has been unsuccessful.

It is important Sergeant Kimura speak with you regarding your claim as soon as possible. This interview can be completed by telephone or in person, at your convenience. Sergeant Kimura can be reached at (323) 981-5312, Monday through Friday, 8:00 a.m. - 5:00 p.m. If these hours are inconvenient, please call my office at (323) 981-5300 and leave a message with the times you can be reached.

**If we are unable to speak with you before December 30, 2014, the investigation of your claim will be concluded with the information we currently have.**

If you have any questions, please contact Sergeant Kimura at (323) 981-5312.

Sincerely,

JIM McDONNELL, SHERIFF

Jeffrey W. Perry, Captain
Special Operations Bureau

*A Tradition of Service Since 1850*



COUNTY OF LOS ANGELES
SHERIFF'S DEPARTMENT
COMMUNITY ORIENTED POLICING SERVICES
4850 CIVIC CENTER WAY
EAST LOS ANGELES, CALIFORNIA 90022

NEED A CAREER?
**BE A STAR**
L.A. COUNTY SHERIFF'S DEPT.
1 (800) A-DEPUTY

7013 0600 0002 1095 0512

CERTIFIED MAIL

Mr. Daniel Nersoyan
12090 Nelson Road
Moorpark, California 93021

**SENDER: COMPLETE THIS SECTION**

- Complete items 1, 2, and 3. Also complete item 4 if Restricted Delivery is desired.
- Print your name and address on the reverse so that we can return the card to you.
- Attach this card to the back of the mailpiece, or on the front if space permits.

1. Article Addressed to:

   Mr. Daniel Nersoyan
   12090 Nelson Road
   Moorpark, California 93021

2. Article Number
   (Transfer from service label)

   7013 0600 0002 1095 0512

PS Form 3811, July 2013          Domestic Return Receipt

**COMPLETE THIS SECTION ON DELIVERY**

A. Signature
   X
   ☐ Agent
   ☐ Addressee

B. Received by (Printed Name)    C. Date of Delivery

D. Is delivery address different from item 1? ☐ Yes
   If YES, enter delivery address below:    ☐ No

3. Service Type
   ☒ Certified Mail®        ☐ Priority Mail Express™
   ☐ Registered             ☐ Return Receipt for Merchandise
   ☐ Insured Mail           ☐ Collect on Delivery

4. Restricted Delivery? (Extra Fee)    ☐ Yes

PLACE STICKER AT TOP OF ENVELOPE TO THE RIGHT OF THE RETURN ADDRESS, FOLD AT DOTTED LINE