# Audio-Lodged

# Exhibit E