Exhibit H



Jim McDonnell, Sheriff

## County of Los Angeles
## Sheriff's Department Headquarters

*4700 Ramona Boulevard*
*Monterey Park, California 91754-2169*



(323) 981-5300

January 27, 2015

Mr. Daniel Nersoyan
12090 Nelson Road
Moorpark, California 93021

Dear Mr. Nersoyan:

**Re: CIVIL CLAIM 14-1118692*001**

Your civil claim dated November 25, 2014, is being investigated by Sergeant Douglas Kimura. Sergeant Kimura has exhausted all leads you provided in an attempt to identify the Los Angeles County Sheriff's Department personnel involved in your claim. Although you stated there was a video of the incident, neither you nor your attorney have provided it for our review. Based on the information you provided, we have been unable to identify any Department personnel involved in this incident.

The location of the alleged incident was East Slauson Avenue and McKinley Avenue in the city of Los Angeles. This area is patrolled by the Los Angeles Police Department, Newton Community Police Station. If you have not already done so, you should contact the Los Angeles Police Department and inquire regarding your claim, or to file a criminal report regarding the theft of currency. Newton Station is located at 3400 South Central Avenue, Los Angeles, California 90011, and its business line is (323) 846-6547.

If you have any questions, please contact Sergeant Kimura at (323) 981-5300.

Sincerely,

JIM McDONNELL, SHERIFF

*[signature]*

Jeffrey W. Perry, Captain
Special Operations Bureau

*A Tradition of Service Since 1850*

CERTIFIED MAIL

7013 0600 0002 1095 0628

COUNTY OF LOS ANGELES
SHERIFF'S DEPARTMENT
COMMUNITY ORIENTED POLICING SERVICES
4850 CIVIC CENTER WAY
EAST LOS ANGELES, CALIFORNIA 90022

Mr. Daniel Nersoyan
12090 Nelson Road
Moorpark, CA 93021

NEED A CAREER?
BE A STAR
L.A. COUNTY SHERIFF'S DEPT.
1 (800) A-DEPUTY



**SENDER: COMPLETE THIS SECTION**

- Complete items 1, 2, and 3. Also complete item 4 if Restricted Delivery is desired.
- Print your name and address on the reverse so that we can return the card to you.
- Attach this card to the back of the mailpiece, or on the front if space permits.

1. Article Addressed to:

Mr. Daniel Nersoyan
12090 Nelson Road
Moorpark, CA 93021

**COMPLETE THIS SECTION ON DELIVERY**

A. Signature
X

☐ Agent
☐ Addressee

B. Received by (Printed Name)   C. Date of Delivery

D. Is delivery address different from item 1? ☐ Yes
   If YES, enter delivery address below: ☐ No

3. Service Type
   ☒ Certified Mail®
   ☐ Registered
   ☐ Insured Mail
   ☐ Priority Mail Express™
   ☐ Return Receipt for Merchandise
   ☐ Collect on Delivery

4. Restricted Delivery? (Extra Fee)   ☐ Yes

2. Article Number
(Transfer from service label)

7013 0600 0002 1095 0628

PS Form 3811, July 2013   Domestic Return Receipt