# Exhibit I

| | |
|---|---|
| From: | Microsoft Outlook on behalf of 9560318 |
| To: | Kimura, Douglas L. |
| Subject: | Voice Mail from 9560318 (37 seconds) |
| Date: | Tuesday, February 3, 2015 10:10:54 AM |
| Attachments: | 9560318 (37 seconds) Voice Mail.mp3 |

**Voice Mail Preview:**

Hi this message is for sergeant Douglas Kimura I'm calling from core gym on group in regards to men women you have with Atty. nine or 10 at 2:00 PM.

He actually has to cancel he was called back into court this afternoon if you have any questions or if you can just call me back to confirm that you have received this voicemail my phone number is eight 1 (895) 601-0081 eight 956-0100 and again I am calling to cancel the 2:00 PM appointment help with an R8 or 10 thank you bye.

Created by Microsoft Speech Technology. Learn More...

**You received a voice mail from 9560318**

Caller-Id:               9560318