Exhibit L



# COUNTY OF LOS ANGELES
## OFFICE OF THE COUNTY COUNSEL

648 KENNETH HAHN HALL OF ADMINISTRATION
500 WEST TEMPLE STREET
LOS ANGELES, CALIFORNIA 90012-2713

TELEPHONE
(213) 974-1913
FACSIMILE
(213) 687-8822
TDD
(213) 633-0901

MARY C. WICKHAM
County Counsel

April 8, 2019

Michael S. Devereux, Esq.
WEX LAW
Wedbush Building
1000 Wilshire Boulevard, Suite 2150
Los Angeles, California 90017

Re:   **Claim Presented:**          **November 25, 2014**
      **Amendment Presented:**      **April 4, 2019**
      **File Number:**              **14-1118692*001**
      **Your Client:**              **Daniel Nersoyan**

Dear Counselor:

On **April 4, 2019**, the County of Los Angeles, Board of Supervisors received an amendment to your claim.  Because the amendment is untimely, no action was taken on it.  See Section 910.6 of the Government Code.

This letter is to remind you that the claim that you presented to the County of Los Angeles, Board of Supervisors on **November 25, 2014**, was previously rejected.  Please reference the dates and deadlines per our previous correspondence to you dated **January 15, 2015**, and enclosed for your reference.

You may seek the advice of an attorney of your choice in connection with this matter.  If you desire to consult an attorney, you should do so immediately.

Very truly yours,

MARY C. WICKHAM
County Counsel

By

LINDSAY YOSHIYAMA
Deputy County Counsel
General Litigation Division

LY:ce

Enclosure

HOA.102513059.1

**PROOF OF SERVICE**

**File No. 14-1118692*001**

STATE OF CALIFORNIA, County of Los Angeles:

Carolyn Edwards states: I am employed in the County of Los Angeles, State of California, over the age of eighteen years and not a party to the within action. My business address is 648 Kenneth Hahn Hall of Administration, 500 West Temple Street, Los Angeles, California 90012-2713.

That on **April** /*6*, **2019**, I served the attached

**NOTICE OF UNTIMELY AMENDMENT AFTER FINAL ACTION**

upon Interested Party(ies) by placing ☒ the original ☐ a true copy thereof enclosed in a sealed envelope addressed ☒ as follows ☐ as stated on the attached service list:

> Michael S. Devereux, Esq.
> WEX LAW
> Wedbush Building
> 1000 Wilshire Boulevard, Suite 2150
> Los Angeles, California 90017

☒ **By United States mail.** I enclosed the documents in a sealed envelope or package addressed to the persons at the addresses on the attached service list (specify one):

(1) ☐ deposited the sealed envelope with the United States Postal Service, with the postage fully prepaid.

(2) ☒ placed the envelope for collection and mailing, following ordinary business practices. I am readily familiar with this business's practice for collecting and processing correspondence for mailing. On the same day that correspondence is placed for collection and mailing, it is deposited in the ordinary course of business with the United States Postal Service, in a sealed envelope with postage fully prepaid.

I am a resident or employed in the county where the mailing occurred. The envelope or package was placed in the mail at Los Angeles, California:

I declare under penalty of perjury under the laws of the State of California that the foregoing is true and correct.

Executed on **April** /*6*, **2019**, at Los Angeles, California.

_____
Carolyn Edwards
**(NAME OF DECLARANT)**

_____
**(SIGNATURE OF DECLARANT)**





# COUNTY OF LOS ANGELES
## OFFICE OF THE COUNTY COUNSEL
648 KENNETH HAHN HALL OF ADMINISTRATION
500 WEST TEMPLE STREET
LOS ANGELES, CALIFORNIA 90012-2713

**COPY**

TELEPHONE
(213) 974-1913
FACSIMILE
(213) 687-8822
TDD
(213) 633-0901

MARK J. SALADINO
County Counsel

January 15, 2015

Daniel Nersoyan
10290 Nelson Rd.
Moorpark, CA 93021

Re:     **Claim(s) Presented:**        **November 25, 2014**
        **File Number(s):**           **14-1118692*001**

Dear Claimant:

Notice is hereby given that the claim that you presented to the
County of Los Angeles, Board of Supervisors on **November 25, 2014**, was
rejected by operation of law on **January 9, 2015**. No further action will be taken
on this matter.

### WARNING

Subject to certain exceptions, you have only six (6) months from the date
this notice was personally delivered or deposited in the mail to file a court action
on this claim. See Government Code Section 945.6.

This time limitation applies only to causes of action for which
Government Code Sections 900 - 915.4 require you to present a claim. Other
causes of action, including those arising under federal law, may have different
time limitations.

You may seek the advice of an attorney of your choice in connection with
this matter. If you desire to consult an attorney, you should do so immediately.

Very truly yours,

MARK J. SALADINO
County Counsel

By
JOANNE NIELSEN
Principal Deputy County Counsel
General Litigation Division

JN:ce

HOA.1123852.1

**COPY**

## PROOF OF SERVICE

### File No. 14-1118692*001

STATE OF CALIFORNIA, County of Los Angeles:

Carolyn Edwards states:  I am employed in the County of Los Angeles, State of California, over the age of eighteen years and not a party to the within action.  My business address is 648 Kenneth Hahn Hall of Administration, 500 West Temple Street, Los Angeles, California 90012-2713

That on **January** / 6, **2015**, I served the attached

### NOTICE DENIAL LETTER

upon Interested Party(ies) by placing ☒ the original ☐ a true copy thereof enclosed in a sealed envelope addressed ☒ as follows ☐ as stated on the attached service list:

> Daniel Nersoyan
> 10290 Nelson Rd.
> Moorpark, CA 93021

☒ **By United States mail.** I enclosed the documents in a sealed envelope or package addressed to the persons at the addresses on the attached service list (specify one):

(1) ☐ deposited the sealed envelope with the United States Postal Service, with the postage fully prepaid.

(2) ☒ placed the envelope for collection and mailing, following ordinary business practices.  I am readily familiar with this business's practice for collecting and processing correspondence for mailing.  On the same day that correspondence is placed for collection and mailing, it is deposited in the ordinary course of business with the United States Postal Service, in a sealed envelope with postage fully prepaid.

I am a resident or employed in the county where the mailing occurred.  The envelope or package was placed in the mail at Los Angeles, California:

I declare under penalty of perjury under the laws of the State of California that the foregoing is true and correct.

Executed on **January** / 6, **2015**, at Los Angeles, California.

_____          _____
     Carolyn Edwards                                    (SIGNATURE OF DECLARANT)
**(NAME OF DECLARANT)**

HOA.1123837.1