COLLINSON, DAEHNKE, INLOW & GRECO
21515 HAWTHORNE BLVD., SUITE 800
TORRANCE, CALIFORNIA 90503
TEL. (424) 212-7777 | FAX (424) 212-7757

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA – WESTERN DIVISION

| | |
|---|---|
| DANIEL NERSOYAN,<br><br>Plaintiff,<br><br>v.<br><br>COUNTY OF LOS ANGELES, a county corporation; COUNTY OF LOS ANGELES SHERIFF'S DEPARTMENT, a public entity; SHERIFF JAMES MCDONNELL, in his official capacity and as an individual; DEPUTY KENNETH COLLINS, individually and in his official capacity as a Deputy, and DOES 1 through 10, inclusive<br><br>Defendants. | CASE NO. CV19-08109 SVW (MAAx)<br><br>**(PROPOSED) ORDER ON DEFENDANT'S MOTION FOR SUMMARY JUDGMENT OR, IN THE ALTERNATIVE, MOTION FOR PARTIAL SUMMARY JUDGMENT**<br><br>Action Filed: September 18, 2019<br>Trial Date:  January 12, 2021 |

After consideration of all papers submitted in favor of and in opposition to Defendant's Motion for Summary Judgment or, in the alternative, Motion for Partial Summary Judgment, as well as the exhibits, the Separate Statement of Uncontroverted Facts, and declarations filed therewith, it is hereby ORDERED and ADJUDGED that good cause having been shown, the Motion for Summary Judgment is granted in its entirety.

1  Accordingly, Judgment is hereby entered in favor of defendant COUNTY
2  OF LOS ANGELES and against plaintiff. Defendant is therefore entitled to seek
3  recovery of its costs.

   IT IS SO ORDERED.

   Dated: _____          _____
                                        Hon. Steven V. Wilson
                                        United States District Court Judge

COLLINSON, DAEHNKE, INLOW & GRECO
21515 HAWTHORNE BLVD., SUITE 800
TORRANCE, CALIFORNIA 90503
TEL. (424) 212-7777 | FAX (424) 212-7757

(PROPOSED) ORDER ON MOTION FOR SUMMARY JUDGMENT OR, IN THE ALTERNATIVE, MOTION FOR PARTIAL SUMMARY JUDGMENT