# Exhibit C

**LOS ANGELES COUNTY SHERIFF'S DEPARTMENT**
# CLAIM FOR DAMAGES TO PERSON OR PROPERTY

BOARD OF SUPERVISORS
COUNTY OF LOS ANGELES

**INSTRUCTIONS:**
1. Read entire claim thoroughly.
2. Fill out the claim completely.
3. This claim form must be signed.
4. Submit original signed copy.
5. Photocopies may be made for your records.

14 - 3525

2019 APR -4  AM 9: 54

FILED

TIME STAMP HERE
FOR OFFICE USE ONLY

**WARNING**
- Claims for death, injury to person or to personal property must be filed no later than 6 months after the occurrence.
  (GOV. CODE SECTION 911.2)
- All other claims for damages must be filed no later than one year after the occurrence.
  (GOV. CODE SECTION 911.2)
- Subject to certain exception, you have only six months from the date of written notice of rejection of your claim to file a court action.
  (GOV. CODE SECTION 945.6)
- If written notice of rejection of your claim is not given, you have 2 years from accrual of the cause of the action to file a court action.
  (GOV. CODE SECTION 945.6)

**1. WHEN AND WHERE DID DAMAGE OR INJURY OCCUR?**

| DATE: | TIME: | STREET ADDRESS OR LOCATION: | CITY: | ZIP: |
|---|---|---|---|---|
| 5/28/2014 | 3:00 pm | | Los Angeles | |

**2. NAME(S) OF SHERIFF PERSONNEL INVOLVED:**

| NAME: | STATION / FACILITY: |
|---|---|
| Deputy Kenneth Collins | Unknown |
| NAME: | STATION / FACILITY: |
| | |

**15. WERE THE PARAMEDICS CALLED?** ☑

**16. DID THE CLAIMANT VISIT A PHYSICIAN?**
PHYSICIAN'S NAME:
No

ADDRESS/(PHONE):

DATE OF VISIT:

**3. DESCRIBE IN DETAIL HOW DAMAGE OR INJURY OCCURRED:**
(Use attachments if necessary)    See Attachment

**4. WHY DO YOU CLAIM THE SHERIFF'S DEPARTMENT IS RESPONSIBLE?** Kenneth Collins was an agent, public official employed by the County of Los Angeles as a deputy sheriff and acting under the color of the law, when he misappropriated $158,000 of Daniel Nersoyan's money by seizing it without a warrant and without probable cause. LASD was non-responsive to Mr. Nersoyan's previous requests and ignored Mr. Nersoyan, refused to investigate. Mr. Nersoyan discovered that Collins had stolen the money thru the FBI, while incarcerated.

**5. LIST DAMAGES INCURRED TO DATE (Attach Copy of Receipts & Repair Estimates)**

$158,000 in compensatory damages, plus punitive damages, plus litigation costs & expenses.

**17. WITNESS TO DAMAGE OR INJURY?**
NAME: FBI
ADDRESS:
CITY/PHONE:

**6. SHERIFF'S DEPARTMENT FILE OR REPORT#**    None known

| **7. NAME OF CLAIMANT (Print Clearly)** | **8. DRIVER'S LICENSE OR I.D. #** |
|---|---|
| Daniel Nersoyan | A7159020 |

NAME:
ADDRESS:
CITY/PHONE:

| **9. DATE OF BIRTH** | **10. SOCIAL SECURITY #** | **11. Booking Number (if applicable)** |
|---|---|---|
| 10/18/1971 | ▓▓▓▓▓ | |

**12. CORRESPONDENCE ADDRESS - (STREET, CITY, STATE, ZIP)**
1000 Wilshire Blvd, Suite 2150,            Los Angeles,    CA, 90017

| **13. HOME PHONE (or phone you can be contacted at)** | **14. BUSINESS PHONE** |
|---|---|
| (213) 986-9844 | (213) 986-9844 |

**TOTAL DAMAGES TO DATE**
$  $300,000

**TOTAL ESTIMATED DAMAGES**
$  1,000,000

## THIS CLAIM MUST BE SIGNED
NOTE: PRESENTATION OF A FALSE CLAIM IS A FELONY (PENAL CODE SEC. 72.)

| 18. SIGNATURE OF CLAIMANT OR PERSON FILING ON HIS/HER BEHALF: | 19. PRINT OR TYPE NAME | DATE |
|---|---|---|
| *[signature]* | Michael S. Devereux, Esq. | 3/31/2019 |

Deliver or mail to Executive Officer, Board of Supervisors, County of Los Angeles, Room 383, Kenneth Hahn Hall of Administration, 500 W. Temple St, LA, CA 90012

SH-AD-672

## Wex Law

*Professional Law Corporation*
1000 Wilshire Boulevard, Suite 2150
Los Angeles, California 90017
Phone: (213) 986-9844
www.*Wex.Law*

Reply to
Michael K. Cernyar
Email: Mike@Wex.Law

### Attachment

Claimant objects to your Claim Form because it requires information which constitutes an invasion of the Claimant's privacy. Moreover, the information is not required to be provided by the Claimant under California Government Code Section 910. For example, California Government Code Section 910 does not require that the Claimants provide their home and work numbers, driver's license number, date of birth, auto insurance name and policy number, a diagram of the location of the incident, any statements by the Claimants as to their reasons "for believing the City is liable for your damages, "or a description" of all damages which you believe you have incurred as a result of the incident." For the purposes of this document "CLAIMANT" means the individual claimant, claimants plural, and all plaintiffs and parties in interest represented by the WEX LAW. Therefore, Claimant submits the following information in support of his/her Claim pursuant to Government Code Section 910:

**CLAIMANT'S NAME:** Daniel Nersoyan

**ADDRESS TO WHICH ALL NOTICES ARE TO BE SENT:** WEX LAW, Wedbush Building, 1000 Wilshire Boulevard, Suite 2150, Los Angeles, California 90017

**CLAIMANT TELEPHONE NUMBER:** C/0 WEX LAW, (213) 986-9844

**PLEASE NOTE: COUNSEL REPRESENTS CLAIMANT AND ALL CONTACT SHOULD BE MADE WITH HIS ATTORNEY ONLY.**

**DATE AND TIME OF INCIDENT:** May 28, 2014 at approximately 3 p.m.
**LOCATION OF INCIDENT:** Los Angeles County, California

THE FOLLOWING PROVIDES A GENERAL DESCRIPTION OF THE INDEBTEDNESS, OBLIGATION, INJURY, DAMAGES OR LOSS INCURRED SO FAR AS IT MAY BE KNOWN AT THE TIME OF PRESENTATION OF THE CLAIM" AND "THE NAME OR NAMES OF THE PUBLIC EMPLOYEE OR EMPLOYEES CAUSING THE INJURY, DAMAGES, OR LOSS, IF KNOWN: [Per Government Code Section 910]. For the purposes of this claim, "AGENCY" is defined by and refers to the municipal, county, or state entity, which governs the Los Angeles Sheriff's Department.

**DESCRIPTION OF INCIDENT:**
The incident took place on May 28, 2014 at approximately 3 p.m. in Los Angeles County, California. Claimant, Daniel Nersoyan, a jeweler, had provided a colleague/messenger with $158,000 for the purchase of jewelry in which Mr. Nersoyan could resell at retail value.

# Wex Law

Daniel Nersoyan Claim
April 2, 2019
Page 2

While in transport, Deputy Kenneth Collins, pulled over the vehicle that Mr. Nersoyan's colleague/messenger, faked an arrest of one of the persons in the vehicle, did a search on the vehicle and seized the money.

When Mr. Nersoyan complained to the Los Angeles Sheriff's Department (LASD), he was met with as though it was a false claim. The LASD refused or failed to pursue the matter, claiming that no such event transpired.

Mr. Nersoyan then provided a videotape from a local business which still met resistance.

The LASD refused or failed to interview Mr. Nersoyan. Refused or failed to respond to Mr. Nersoyan's claim.

In fact the only response from the LASD, was retaliatory action when the LASD participated in a search warrant of Mr. Nersoyan's business. Otherwise, the LASD was silent on any investigation which led Mr. Nersoyan to believe that the theft was not by a deputy.

**TIMELINESS OF THE CLAIM:**
Eventually Mr. Nersoyan was arrested on another matter. While incarcerated at the MDC (Mr. Nersoyan was released from the MDC last October), Mr. Nersoyan was met by the FBI at the FBI's initiative. It was at this meeting in which Mr. Nersoyan was made aware that the $158,000 was stolen by Deputy Collins.

**DESCRIPTION OF CLAIM:**
Claimant alleges that the conduct of individual employees, agents, and/or servants of AGENCY constitute numerous constitutional and statutory rights in connection with their theft and wrongful seizure of approximately $158,000 from Claimant Daniel Nersoyan.

Claimant alleges those individual employees, agents and/or servants of AGENCY are responsible for Claimant's injuries, and acts and/or omissions committed within the course or scope of employment under the theory of respondeat superior. Respondeat superior liability includes but is not limited to, negligent training, supervision, control and/or discipline.

Individual employees, agents, and/or servants of the AGENCY, include but are not limited to, the county board of supervisors, sheriff, or an individual of comparable title, in charge of law enforcement for AGENCY, and DOES 1-100, and/or each of them, individually and/or while acting in concert with one another.

Claimant alleges the appropriate offenses listed below:

(1) Unreasonable Search And Seizure Of Property (42 U.S.C. §1983);

Wex Law

Daniel Nersoyan Claim
April 2, 2019
Page 3

(2) Deprivation Of Property Without Due Process;
(3) Violation Of Substantive Due Process;
(4) Municipal Liability For Unconstitutional Custom Or Policy (42 U.S.C. §1983);
(5) Conversion;
(6) Infliction Of Emotional Distress;
(7) Trespass Against Personal Property.

Claimants will allege other causes of action subject to continuing discovery.

**DESCRIBE INJURY OR DAMAGE:**
Claimant has, or may have in the future, claims for general damages, including, but not limited to, claims for pain, suffering and emotional distress in amounts to be determined according to proof.

Claimant may have and/or may continue to have in the future, claims for special damages, including, but not limited to, claims for medical and related expenses, lost wages, damage to career, damage to educational pursuits, damage to property and/or other special damages in amounts to be determined according to proof.

Claimant may have, and/or may continue to have in the future, damages for permanent mental injuries, permanent mental scarring and/or other psychological disabilities in an amount according to proof.

**NAME OF PUBLIC EMPLOYEE(S) BELIEVED TO HAVE CAUSED INJURY OR DAMAGE:**
Deputy Kenneth Collins.

**DEMAND FOR PRESERVATION OF EVIDENCE:**
Claimant does hereby demand that AGENCY including, but not limited to, the appropriate city or county law enforcement agency, its employees, servants and/or attorneys, maintain and preserve all evidence, documents and tangible materials which relate in any manner whatsoever to the subject matter of this Claim, including until the completion of any and all civil and/or criminal litigation arising from the events which are the subject matter of this Claim. This demand for preservation of evidence includes, but is not limited to, a demand that all public safety entities preserve all tapes, logs and/or other tangible materials of any kind until the completion of any and all civil and criminal litigation arising from the subject matter of this claim.

**AMOUNT OF CLAIM:**
This claim is in excess of $75,000. Jurisdiction is designated as "unlimited" and jurisdiction would be in the United States District Court and/or Superior Court of the State of California.

# Wex Law

Daniel Nersoyan Claim
April 2, 2019
Page 4


**DATED:** 03/31/2019 at 9:46 pm


Very truly yours,
WEX LAW

Michael S. Devereux



