COLLINSON, DAEHNKE, INLOW & GRECO
21515 HAWTHORNE BLVD., SUITE 800
TORRANCE, CALIFORNIA 90503
TEL. (424) 212-7777 | FAX (424) 212-7757

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA – WESTERN DIVISION

| | |
|---|---|
| DANIEL NERSOYAN,<br><br>Plaintiff,<br><br>v.<br><br>COUNTY OF LOS ANGELES, a county corporation; COUNTY OF LOS ANGELES SHERIFF'S DEPARTMENT, a public entity; SHERIFF JAMES MCDONNELL, in his official capacity and as an individual; DEPUTY KENNETH COLLINS, individually and in his official capacity as a Deputy, and DOES 1 through 10, inclusive<br><br>Defendants. | CASE NO. CV19-08109 SVW (MAAx)<br><br>**(PROPOSED) ORDER ON REQUEST FOR JUDICIAL NOTICE IN SUPPORT OF MOTION FOR SUMMARY JUDGMENT OR, IN THE ALTERNATIVE, MOTION FOR PARTIAL SUMMARY JUDGMENT**<br><br>Action Filed: September 18, 2019<br>Trial Date:  January 12, 2021 |

After consideration of all papers submitted in favor of and in opposition to Defendant's Request for Judicial Notice, it is hereby ORDERED and ADJUDGED that good cause having been shown, the Request is granted in its entirety.

IT IS SO ORDERED.

Dated: _____

_____
Hon. Steven V. Wilson
United States District Court Judge

---

(PROPOSED) ORDER ON REQUEST FOR JUDICIAL NOTICE