COLLINSON, DAEHNKE, INLOW & GRECO
Laura E. Inlow, Esq., State Bar No. 130584
Email: laura.inlow@cdiglaw.com
21515 Hawthorne Blvd., Suite 800
Torrance, CA  90503
Telephone: (424) 212-7777
Facsimile: (424) 212-7757

Attorneys for Defendant, COUNTY OF LOS ANGELES

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA – WESTERN DIVISION

| | |
|---|---|
| DANIEL NERSOYAN,<br><br>         Plaintiff,<br><br>   v.<br><br>COUNTY OF LOS ANGELES, a county corporation; COUNTY OF LOS ANGELES SHERIFF'S DEPARTMENT, a public entity; SHERIFF JAMES MCDONNELL, in his official capacity and as an individual; DEPUTY KENNETH COLLINS, individually and in his official capacity as a Deputy, and DOES 1 through 10, inclusive<br><br>         Defendants. | CASE NO. CV19-08109 SVW (MAAx)<br><br>**DEFENDANT COUNTY OF LOS ANGELES' REPLY AND NOTICE OF NO OPPOSITION TO MOTION FOR SUMMARY JUDGMENT OR, IN THE ALTERNATIVE, MOTION FOR PARTIAL SUMMARY JUDGMENT**<br><br>Date:   November 30, 2020<br>Time:   1:30 p.m.<br>Dept.:   10A<br><br>Action Filed: September 18, 2019<br>Trial Date:  January 12, 2021 |

TO THE HONORABLE COURT, PLAINTIFF AND HIS ATTORNEY OF RECORD:

PLEASE TAKE NOTICE that as of this date, defendant has received no opposition by plaintiff to the motion for summary judgment or, in the alternative, motion for partial summary judgment. Given the hearing date of November 30, 2020 and L. R. 7-9, plaintiff's opposition was due on November 9, 2020.

---
-1-
**DEFENDANT'S REPLY AND NOTICE OF NO OPPOSITION TO MOTION FOR SUMMARY JUDGMENT OR, IN THE ALTERNATIVE, MOTION FOR PARTIAL SUMMARY JUDGMENT**

Moreover, pursuant to L.R. 56-2, any opposition must include a separate document with a concise statement of genuine disputes as to the facts. As plaintiff has failed to file any opposition or a separate statement of genuine disputes regarding the facts, and for the reasons asserted in the motion, defendant's motion should be granted in its entirety.

DATED: November 12, 2020      COLLINSON, DAEHNKE, INLOW & GRECO

By: /s/ *Laura E. Inlow*
Laura E. Inlow, Esq.
Attorneys for Defendant
COUNTY OF LOS ANGELES