DECLARATION OF COUNSEL

1.  I am duly admitted to practice before all courts in the State of California, and before the following federal courts: the Central District of California, the Eastern District of California, the Southern District of California, the Northern District of California, along with the Ninth Circuit Court of Appeals. I am the attorney of record in this matter.  If called upon as a witness I could and would competently testify to the contents hereof.

2.  I had heart valve replacement surgery on March 16, 2020 at Cedars Sinai.  Several days later I returned to Cedars after suffering from a stroke, which was a possibility with the surgery.  I needed follow up surgery immediately but had to wait until after Covid-19 subsided.  I had the follow up surgery in June 2020.  I did not return to practice full time until on or about September 15, 2020 while moving my office from a larger building in Century City to a smaller building in Beverly Hills.

3.  I have fallen behind in my practice, but am expected to catch up before December.

4.  Attached hereto as Exhibit "A," is a true and correct copy of an email dated November 15, 2020 and November 5, 2020 with defense counsel.  The email correspondence reflects among other things: 1) Plaintiff's provision of notice to Defendants regarding the present application and its basis, pursuant to Local Rule

7-19, Judge Wilson's local courtroom rules and (2) Defendant's unwillingness to stipulate to a continuance.

5. Mr. Nersoyan's due process rights were denied to him by policy and/or custom, along with deliberate indifference when an on-duty Los Angeles Sheriff Deputy made a traffic stop under the color of law and seized over $150,000 from Mr. Nersoyan's representatives, agents and employees. The policy, custom and deliberate indifference of the county kept the unlawful seizure without due process and other constitutional violations.

6. I need additional time to complete the discovery process or since there is reason to believe that facts essential to justify opposition to the MSJ may exist, but cannot be presented at the time presently set for the hearing, i.e. 11/30/2020.

7. Attached hereto as Exhibit "B," is a true and correct copy of the discovery propounded in July, long before the initial status conference.

8. Counsel is informed and believes that Defendants issued subpoenae in July 2020.

9. Attached hereto as Exhibit "C," is a true and correct copy of the email for a meet and confer for the initial status conference.

10. I am still waiting on discovery answers from the Defendants.

11. I have been working with Defendants since late October in scheduling three defense party depositions.

12. My standard of operation is to propound discovery prior to setting depositions to determine whether or not a deposition will be necessary. As of this time, I have not received any discovery answers.

I declare the foregoing to be true and correct under the penalty of perjury.

EXECUTED on November 15, 2020, at Beverly Hills, California.

*Michael Devereux*
Michael Devereux