**Exhibit A**

## mike@wex.law

| | |
|---|---|
| **From:** | Laura E. Inlow <laura.inlow@cdiglaw.com> |
| **Sent:** | Sunday, November 15, 2020 6:55 AM |
| **To:** | mike@wex.law |
| **Subject:** | RE: Nersoyan depos |

Mike,
The hearing for the MSJ is set for 11/30/20. Your opposition was due on 11/9/20 but to date you have never filed an opposition. As you can no longer submit a timely opposition, there is no good cause to continue the hearing date on the motion. You have requested the depositions for the week of 12/14/20. However, trial is set for 1/12/21. As such, I cannot stipulate to continuing the hearing date and will oppose any ex parte request to continue the hearing. In addition, as plaintiff has never served initial disclosures of documents and witnesses and has made no expert disclosures, please accept this as notice that I will be filing an early motion in limine to forfeit plaintiff's use of any witnesses or documents at trial. We can discuss this matter further following the deposition tomorrow of Mr. Gurjian if you would like.
Laura



**Laura E. Inlow** | Partner
Collinson, Daehnke, Inlow & Greco – Attorneys at Law
21515 Hawthorne Blvd. Suite 800, Torrance, CA 90503
p: (424) 212-7777 | d: (424) 212-7799 | f: (424) 212-7757
laura.inlow@cdiglaw.com | www.cdiglaw.com

*If you plan to serve anything electronically, please serve it upon my assistant at Marianne.Guillinta@cdiglaw.com and admin@cdiglaw.com.  Please be advised that we can only agree accept documents by electronic service if both of these email addresses are served with the documents.* ***We do not agree to accept service by emailing documents to the attorneys only.***

This electronic message is intended for the use of the individual or entity to which it is addressed, and may contain information that is privileged and confidential. If you are not the intended recipient, or the employee or agent responsible for delivering the message to the intended recipient, you are hereby notified that any dissemination, distribution or copying of this communication is strictly prohibited. If you have received this transmission in error, please notify us immediately by reply e-mail or by telephone at (424) 212-7777, and destroy the original transmission and its attachments without reading or saving them to disk. No waiver of privilege or confidentiality should be inferred from any error in transmittal.

---

**From:** mike@wex.law <mike@wex.law>
**Sent:** Friday, November 13, 2020 2:33 PM
**To:** Laura E. Inlow <laura.inlow@cdiglaw.com>
**Cc:** mike@wex.law
**Subject:** RE: Nersoyan depos

Hello Laura,

Now that we have some type of movement on the deposition dates, are you willing to stipulate to an msj hearing after the completion of the depositions?  If not then I will need to file an ex parte for a continuance.

*Michael Devereux*

# WEXFORD LAW

```
9171 Wilshire Boulevard, Suite 500
 Beverly Hills, California  90210
       Tel. (424) 600-8584
       Email: Mike@Wex.Law
```

**NOTICE REGARDING DESIGNATED EMAIL ADDRESS FOR SERVICE:** The email address from which this email was sent is for correspondence only.  It has not been designated for service of documents and pleadings and any attempted service to this address will be considered a nullity unless previously agreed upon in writing

**mike@wex.law**

| | |
|---|---|
| **From:** | Laura E. Inlow <laura.inlow@cdiglaw.com> |
| **Sent:** | Thursday, November 5, 2020 10:30 AM |
| **To:** | mike@wex.law |
| **Subject:** | RE: Nersoyan depos |

Honestly, I am not inclined to move the MSJ. You are going to get no information which will help you and you could have noticed depos a long time ago. Trial is set for January so we don't have much time. The entire motion is essentially based on plaintiff's testimony. He admits there is no tolling or estoppel on the part of the County. He had an attorney and there is no reason he did not file suit in 2014 or 2015. You should just dismiss and I would ask the County to waive costs. Let me know if you are interested.

**From:** mike@wex.law <mike@wex.law>
**Sent:** Thursday, November 5, 2020 10:25 AM
**To:** Laura E. Inlow <laura.inlow@cdiglaw.com>
**Cc:** mike@wex.law
**Subject:** RE: Nersoyan depos

Thank you.  Meanwhile, can we stop to moving the hearing date out for the MSJ so that I can include the depositions and discovery that I have previously requested before the filing of the MSJ?



## WEXFORD LAW

```
9171 Wilshire Boulevard, Suite 500
  Beverly Hills, California  90210
       Tel. (424) 600-8584
       Email: Mike@Wex.Law
```

**NOTICE REGARDING DESIGNATED EMAIL ADDRESS FOR SERVICE:** The email address from which this email was sent is for correspondence only.  It has not been designated for service of documents and pleadings and any attempted service to this address will be considered a nullity unless previously agreed upon in writing

**From:** Laura E. Inlow <laura.inlow@cdiglaw.com>
**Sent:** Wednesday, November 4, 2020 5:34 PM
**To:** WEX LAW <mike@wex.law>
**Subject:** Nersoyan depos

Sorry was a poll worker for several days so catching up today. I hope to have dates/times for you tomorrow



**Laura E. Inlow** | Partner
Collinson, Daehnke, Inlow & Greco – Attorneys at Law
21515 Hawthorne Blvd. Suite 800, Torrance, CA 90503
p: (424) 212-7777 | d: (424) 212-7799 | f: (424) 212-7757
laura.inlow@cdiglaw.com | www.cdiglaw.com

*If you plan to serve anything electronically, please serve it upon my assistant at [Marianne.Guillinta@cdiglaw.com](mailto:Marianne.Guillinta@cdiglaw.com) and [admin@cdiglaw.com](mailto:admin@cdiglaw.com).  Please be advised that we can only agree accept documents by electronic service if both of these email addresses are served with the documents.  **We do not agree to accept service by emailing documents to the attorneys only.***

This electronic message is intended for the use of the individual or entity to which it is addressed, and may contain information that is privileged and confidential. If you are not the intended recipient, or the employee or agent responsible for delivering the message to the intended recipient, you are hereby notified that any dissemination, distribution or copying of this communication is strictly prohibited. If you have received this transmission in error, please notify us immediately by reply e-mail or by telephone at (424) 212-7777, and destroy the original transmission and its attachments without reading or saving them to disk. No waiver of privilege or confidentiality should be inferred from any error in transmittal.