**Exhibit B**

COLLINSON, DAEHNKE, INLOW & GRECO
Laura E. Inlow, Esq., State Bar No. 130584
Email: laura.inlow@cdiglaw.com
21515 Hawthorne Blvd., Suite 800
Torrance, CA 90503
Telephone: (424) 212-7777
Facsimile: (424) 212-7757

Attorneys for Defendant, COUNTY OF LOS ANGELES

## UNITED STATES DISTRICT COURT

## CENTRAL DISTRICT OF CALIFORNIA – WESTERN DIVISION

| | |
|---|---|
| DANIEL NERSOYAN,<br><br>Plaintiff,<br><br>v.<br><br>COUNTY OF LOS ANGELES, a county corporation; COUNTY OF LOS ANGELES SHERIFF'S DEPARTMENT, a public entity; SHERIFF JAMES MCDONNELL, in his official capacity and as an individual; DEPUTY KENNETH COLLINS, individually and in his official capacity as a Deputy, and DOES 1 through 10, inclusive<br><br>Defendants. | CASE NO. CV19-08109 SVW (MAAx)<br><br>**DEFENDANT COUNTY OF LOS ANGELES' REQUESTS FOR PRODUCTION, SET ONE, TO PLAINTIFF**<br><br>Action Filed: September 18, 2019<br>Trial Date: None Set |

PROPOUNDING PARTY:   Defendant, County of Los Angeles

RESPONDING PARTY:    Plaintiff, Daniel Nersoyan

SET NUMBER:          One

Pursuant to *Federal Rule of Civil Procedure* 34, Defendant, the COUNTY

OF LOS ANGELES, hereby requests that Plaintiff, Daniel Nersoyan ("Plaintiff")

COLLINSON, DAEHNKE, INLOW & GRECO
21515 HAWTHORNE BLVD., SUITE 800
TORRANCE, CALIFORNIA 90503
TEL. (424) 212-7777 | FAX (424) 212-7757

produce the following documents and things and serve them upon defendant within thirty (30) days. Please be advised that you shall have a continuing obligation to immediately produce any additional information which is obtained subsequent to YOUR initial responses, and that same obligation applies to any information that was available or should have been available to YOU at the time of your initial responses.

## DEFINITIONS

**A.     YOU, YOUR OR ANYONE ACTING ON YOUR BEHALF** includes you, your agents, your employees, your attorneys, your accountants, your investigators, and anyone else acting on your behalf.

**B.     PERSON** includes a natural person, firm, association, organization, partnership, business, trust, corporation, or public entity.

**C.     DOCUMENT** means writing, and includes the original or a copy of handwriting, typewriting, printing, photostating, photographing, photograph, audiotape and videotape every other means or recording upon any tangible thing and form of communicating or representation, including letters, words, pictures, sounds, or symbols, or combinations of them as defined by *Federal Rule of Evidence*, Rule 1001(1), including but not limited to, cards, letters, texts, emails, voicemails, audiotapes and videotapes.

**D.     ADDRESS** means the street address, including city, state and zip code.

COLLINSON, DAEHNKE, INLOW & GRECO
21515 HAWTHORNE BLVD., SUITE 800
TORRANCE, CALIFORNIA 90503
TEL. (424) 212-7777 | FAX (424) 212-7757

-2-
**DEFENDANT'S REQUEST FOR PRODUCTION, SET ONE, TO PLAINTIFF**

**E.    IDENTIFY** includes the names of all **PERSONS,** their

**ADDRESSES**, and their **TELEPHONE NUMBERS.**

**F.    DEFENDANT** means defendant COUNTY OF LOS ANGELES.

**G.    INCIDENT** means and includes the circumstances and events giving

rise to this action as described in **YOUR** First Amended Complaint.

**H.    HEALTH CARE PROVIDER** means and includes doctors, nurses,

hospitals, clinics, counselors, psychiatrists, psychologists, social workers,

pharmacies, and all other providers of medical and mental health care.

**I.    SOURCE** means and includes the circumstances by which you

obtained the subject currency at issue in this litigation, including the date and

amount of currency.

## REQUESTS FOR PRODUCTION

**REQUEST NO. 1:**

Please produce all DOCUMENTS which tend to support YOUR claim that

Kenneth Collins stole money from YOU on or about May 28, 2014.

**REQUEST NO. 2:**

Please produce true and correct copies of all DOCUMENTS which tend to

support YOUR claims for damages due to the INCIDENT on May 28, 2014 as

alleged in YOUR First Amended Complaint.

COLLINSON, DAEHNKE, INLOW & GRECO
21515 HAWTHORNE BLVD., SUITE 800
TORRANCE, CALIFORNIA 90503
TEL. (424) 212-7777 | FAX (424) 212-7757

**REQUEST NO. 3:**

Please produce true and correct copies of all written correspondence between YOU and anyone within the County of Los Angeles, whether authored by YOU or by an individual with the County of Los Angeles, between May 28, 2014 and the present.

**REQUEST NO. 4:**

Please produce true and correct copies of all DOCUMENTS which reflect the SOURCE of the money YOU allege was stolen on May 28, 2014 as alleged in YOUR First Amended Complaint.

**REQUEST NO. 5:**

Please produce true and correct copies of all Government Tort Claims submitted by YOU or on YOUR behalf to the County of Los Angeles pertaining to the INCIDENT of May 28, 2014 as alleged in YOUR First Amended Complaint.

**REQUEST NO.  6:**

Please produce all DOCUMENTS which support YOUR contention that DEFENDANT failed to investigate the alleged theft of May 28, 2014 as alleged by YOU in YOUR First Amended Complaint-.

**REQUEST NO.  7:**

Please produce all DOCUMENTS given to YOU by the FBI pertaining to the alleged theft of May 28, 2014 as alleged by YOU in YOUR First Amended Complaint.

COLLINSON, DAEHNKE, INLOW & GRECO
21515 HAWTHORNE BLVD., SUITE 800
TORRANCE, CALIFORNIA 90503
TEL. (424) 212-7777 | FAX (424) 212-7757

COLLINSON, DAEHNKE, INLOW & GRECO
21515 HAWTHORNE BLVD., SUITE 800
TORRANCE, CALIFORNIA 90503
TEL. (424) 212-7777 | FAX (424) 212-7757

**REQUEST NO.  8:**

Please produce a true and correct copy of all videotapes of the alleged theft of May 28, 2014 which were provided by YOU to the County of Los Angeles as alleged by YOU in YOUR First Amended Complaint.

**REQUEST NO.  9:**

Please produce a true and correct copy of all videotapes of the alleged theft of May 28, 2014 which are in YOUR possession, custody or control.

**REQUEST NO. 10:**

Please produce all DOCUMENTS which tend to support YOUR contention in YOUR First Amended Complaint that the actions of DEFENDANT or its employees were willful, wanton, malicious, deliberate, or oppressive and warrant the imposition of punitive damages.

**REQUEST NO. 11:**

Please produce all DOCUMENTS which tend to support YOUR contention that the County of Los Angles tried to convince YOU that the alleged theft of May 28, 2014 was done by someone posing as a County Sheriff's deputy as alleged by YOU in YOUR First Amended Complaint.

**REQUEST NO. 12:**

Please produce all DOCUMENTS which tend to support YOUR contention in YOUR First Amended Complaint that the policies or procedures of the County of Los Angeles caused or contributed to YOUR alleged damages.

**REQUEST NO. 13:**

Please produce all DOCUMENTS which tend to support YOUR contention that the County of Los Angles knew that Kenneth Collins had stolen money from YOU as of May 28, 2014 as alleged by YOU in YOUR First Amended Complaint.

**REQUEST NO. 14:**

Please produce all DOCUMENTS exchanged between YOU and Grant Valencia at any time pertaining in any way to Kenneth Collins or the alleged theft of May 28, 2014.

**REQUEST NO. 15:**

Please produce all DOCUMENTS, including by not limited to receipts, photographs and contracts, which tend to establish that YOU had given money (whether $150,000 or $160,000 as the amount alleged in the First Amended Complaint varies), to a colleague or courier on May 28, 2014 as alleged by YOU in YOUR First Amended Complaint.

DATED:  July 20, 2020        COLLINSON, DAEHNKE, INLOW & GRECO

By:

*Laura E. Inlow*
Laura E. Inlow, Esq.
Attorneys for Defendant
COUNTY OF LOS ANGELES

COLLINSON, DAEHNKE, INLOW & GRECO
21515 HAWTHORNE BLVD., SUITE 800
TORRANCE, CALIFORNIA 90503
TEL. (424) 212-7777 | FAX (424) 212-7757

1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

COLLINSON, DAEHNKE, INLOW & GRECO
21515 HAWTHORNE BLVD., SUITE 800
TORRANCE, CALIFORNIA 90503
TEL. (424) 212-7777 | FAX (424) 212-7757

**PROOF OF SERVICE**
*Nersoyan v. COLA*
*Case No. CV19-08109*

STATE OF CALIFORNIA, COUNTY OF LOS ANGELES

I am employed in the County of Los Angeles, State of California.  I am over the age of 18 and not a party to the within action.  My business address is 21515 Hawthorne Blvd., Suite 800, Torrance, California 90503.

On July 21, 2020 I served the following document described as: **DEFENDANT COUNTY OF LOS ANGELES' REQUESTS FOR PRODUCTION, SET ONE, TO PLAINTIFF** on all interested parties in this action by placing [X] a true copy   [  ] the original thereof enclosed in sealed envelopes addressed as follows:

**Counsel for Plaintiff**
Michael S. Devereux, Esq.
WEX LAW A PROFESSIONAL LAW CORPORATION
1880 Century Park East, Suite 1101
Los Angeles, CA 90067
Tel: 213-986-9844
Fax: 213-342-6190
Email: mike@wex.law

[X]    (BY MAIL, 1013a, 2015.5 C.C.P.)

[X]    I am readily familiar with the firm's practice for collection and processing correspondence for mailing.  Under that practice, this document will be deposited with the U.S. Postal Service on this date with postage thereon fully prepaid at Torrance, California in the ordinary course of business.  I am aware that on motion of the party served, service is presumed invalid if postal cancellation date or postage meter date is more than one day after date of deposit for mailing in affidavit.

[X]    (FEDERAL) I declare that I am employed in the office of a member of the bar of this Court at whose discretion the service was made.

Executed on July 21, 2020 at Torrance, California.

/s/ Marianne M. Guillinta
Marianne Guillinta

---

-7-
**DEFENDANT'S REQUEST FOR PRODUCTION, SET ONE, TO PLAINTIFF**