**Exhibit C**

| | |
|---|---|
| **From:** | Laura E. Inlow |
| **To:** | mike@wex.law |
| **Subject:** | RE: Nersoyan |
| **Date:** | Monday, August 31, 2020 8:10:16 AM |
| **Attachments:** | image001.png |

How about you call my office on Wednesday at 11:00?

**From:** mike@wex.law <mike@wex.law>
**Sent:** Friday, August 28, 2020 3:29 PM
**To:** Laura E. Inlow <laura.inlow@cdiglaw.com>
**Subject:** RE: Nersoyan

I'm in Arizona until Tuesday so Wednesday or Thursday should work.

*Michael Devereux*

**WEXFORD LAW**

```
1880 Century Park East, Suite 1101
  Los Angeles, California  90067
       Tel. (424) 600-8584
       Email: Mike@Wex.Law
```

**NOTICE REGARDING DESIGNATED EMAIL ADDRESS FOR SERVICE:** The email address from which this email was sent is for correspondence only. It has not been designated for service of documents and pleadings and any attempted service to this address will be considered a nullity unless previously agreed upon in writing

**From:** Laura E. Inlow <laura.inlow@cdiglaw.com>
**Sent:** Friday, August 28, 2020 12:21 PM
**To:** mike@wex.law
**Subject:** RE: Nersoyan

Here are additional copies of the discovery served on 7/21/20. When you do you want to meet and confer on the status conference? I am pretty free next week.

**From:** mike@wex.law <mike@wex.law>
**Sent:** Friday, August 28, 2020 12:14 PM
**To:** Laura E. Inlow <laura.inlow@cdiglaw.com>
**Subject:** RE: Nersoyan

Hello Laura,

My apologies. It was my understanding that we couldn't request discovery until after the CMC so I

wasn't looking for any.  I recently saw a request for a subpoena so I was going to ask what was going on.

I'm not in my office that often, but I do check the mail on a weekly basis.  I did not see any discovery.  I will look again.

*Michael Devereux*

# WEXFORD LAW

**1880 Century Park East, Suite 1101
  Los Angeles, California  90067
        Tel. (424) 600-8584
        Email: Mike@Wex.Law**

**NOTICE REGARDING DESIGNATED EMAIL ADDRESS FOR SERVICE:** The email address from which this email was sent is for correspondence only.  It has not been designated for service of documents and pleadings and any attempted service to this address will be considered a nullity unless previously agreed upon in writing

---

**From:** Laura E. Inlow <laura.inlow@cdiglaw.com>
**Sent:** Friday, August 28, 2020 9:26 AM
**To:** WEX LAW <mike@wex.law>
**Subject:** Nersoyan

Mr. Devereux,
Plaintiff's responses to defendant's discovery, set one, were due on August 24, 2020. It is now August 28, 2020 and I have received no responses. Please provide full and complete answers, with no objections as those have been waived, on or before September 3, 2020. I would prefer not to file a motion to compel seeking fees, costs and sanctions.

In addition, in preparation for the status conference on September 21, 2020, we need to meet and confer per the Court's order in Docket Document No. 40. Please advise when you are available for this meeting. Thank you.



**Laura E. Inlow** | Partner
Collinson, Daehnke, Inlow & Greco – Attorneys at Law
21515 Hawthorne Blvd. Suite 800, Torrance, CA 90503
p: (424) 212-7777 | d: (424) 212-7799 | f: (424) 212-7757
laura.inlow@cdiglaw.com | www.cdiglaw.com

This electronic message is intended for the use of the individual or entity to which it is addressed, and may contain information that is privileged and confidential. If you are not the intended recipient, or the employee or agent responsible for delivering the message to the intended recipient, you are hereby notified that any dissemination, distribution or copying of this communication is strictly prohibited. If you have received this transmission in error, please notify us immediately by reply e-mail or by telephone at (424) 212-7777, and destroy the original transmission and its attachments without reading or saving them to disk. No waiver of privilege or

confidentiality should be inferred from any error in transmittal.