UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA – WESTERN DIVISION

| | |
|---|---|
| DANIEL NERSOYAN,<br><br>　　　　　　Plaintiff,<br><br>v.<br><br>COUNTY OF LOS ANGELES, a county corporation; COUNTY OF LOS ANGELES SHERIFF'S DEPARTMENT, a public entity; SHERIFF JAMES MCDONNELL, in his official capacity and as an individual; DEPUTY KENNETH COLLINS, individually and in his official capacity as a Deputy, and DOES 1 through 10, inclusive<br><br>　　　　　　Defendants. | CASE NO. CV19-08109 SVW (MAAx)<br><br>Hon. Stephen V. Wilson<br><br>[PROPOSED] ORDER GRANTING PLAINTIFF'S *EX PARTE* APPLICATION TO CONTINUE HEARING DEADLINE ON MOTION FOR SUMMARY JUDGMENT<br><br>Trial Date: January 12, 2021 |

The Court having considered Plaintiff Daniel Nersoyan's *Ex Parte* Application for Order seeking to continue the hearing on Defendants' Motion for Summary Judgment hereby rules as follows:

**IT IS HEREBY ORDERED THAT:**

The hearing on Defendants' Motion for Summary Judgment currently scheduled for November 30, 2020 is hereby continued to _____.

Date: _____, 2020     _____
                                              Hon. Stephen V. Wilson