Michael S. Devereux (State Bar No. 225240)
WEXFORD LAW
9171 WILSHIRE BOULEVARD, SUITE 500
BEVERLY HILLS, CALIFORNIA 90210
TELEPHONE: (424) 444-0883

Attorney for Plaintiff, Daniel Nersoyan

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA – WESTERN DIVISION

| | |
|---|---|
| DANIEL NERSOYAN,<br><br>Plaintiff,<br><br>v.<br><br>COUNTY OF LOS ANGELES, a county corporation; COUNTY OF LOS ANGELES SHERIFF'S DEPARTMENT, a public entity; SHERIFF JAMES MCDONNELL, in his official capacity and as an individual; DEPUTY KENNETH COLLINS, individually and in his official capacity as a Deputy, and DOES 1 through 10, inclusive<br><br>Defendants. | CASE NO. CV19-08109 SVW (MAAx)<br><br>Hon. Stephen V. Wilson<br><br>SUPPLEMENTAL DECLARATION TO PLAINTIFF'S *EX PARTE* APPLICATION TO CONTINUE HEARING DEADLINE ON MOTION FOR SUMMARY JUDGMENT<br><br>Trial Date: January 12, 2021 |

DECLARATION OF COUNSEL

1. I am duly admitted to practice before all courts in the State of California, and before the following federal courts: the Central District of California, the Eastern District of California, the Southern District of California, the Northern District of California, along with the Ninth Circuit Court of Appeals. I am the attorney of record in this matter. If called upon as a witness I could and would competently testify to the contents hereof.

2. I initially filed this action on September 18, 2019.

3. During the initial filing, I was at the time unaware that my health was failing since I just turned 64 years old, I believed that I was aging normally. Other than the fatigue I had no noticeable deficiencies.

4. Soon after the filing, on or about October 10, 2019, while golfing I was fatigued, but this day I was experiencing shortness of breath and feeling a headache. I quit golf and went home. I contacted a friend who drove me to Cedars Sinai.

5. At Cedars Sinai it was learned that I suffered a heart attack and a stroke. Both were caused by a birth defect, a bicuspid valve. I was told that I would need time to heal for heart valve replacement surgery in January.

6. In November 2019, I suffered several additional heart attacks and was hospitalized for an extended period-of-time.

7.  On December 13, 2019, I was attacked in my office in Century City which triggered a brain seizure. I was hospitalized in the Intensive Care Unit of an Orange County hospital from December 14, 2019 to December 24, 2019.

8.  Late in the evening of December 23, 2019, I was watching the monitors next to my hospital bed and noticed that my blood pressure was extremely low, 50/30. At the time, I was under the influence of morphine so I believed that the machine was malfunctioning. In the early hours of December 24, 2019, I realized that it wasn't the machine, it was me that was in trouble. I got on social media and asked for help. A friend from Santa Monica drove out to Orange County, picked me up and took me to Cedars Sinai.

9.  It was explained to me at Cedars that the morphine should not have been provided given the recent heart history. Around 8 pm on December 24, 2019 I was released from Cedars Sinai.

10. In January 2020, before the heart surgery date was finalized I became extremely ill with the flu and remained ill well into February.

11. The heart valve surgery was scheduled in March. However, Covid moved the surgery date up several days.

12. I had heart valve replacement surgery on March 16, 2020 at Cedars Sinai. Several days later I returned to Cedars after suffering from a stroke, which was a possibility with the surgery. I needed follow up surgery after Covid subsided.

13. I had the follow up surgery in June 2020. The upside was that there wasn't a great deal of damage as expected so the procedure wasn't as invasive as planned.

14. I was instructed by my cardiologist in August/September that I could return to work full time and continue with strenuous exercise.

15. Soon after I did not return to practice full time and moved my office from a larger building in Century City to a smaller building in Beverly Hills due to Covid-19 concerns.

16. I have recently learned from the mapping of my brain, that I had suffered a stroke before October 2019. Medical science can determine from the brain mapping that the stroke was older than the stroke in October 2019, but medical science is not certain how much older.

17. If needed, I can bring my health records for an in-camera review or I can email them to chambers.

EXECUTED on November 16, 2020, at Beverly Hills, California.



Michael Devereux