**Exhibit 4**

