**Exhibit 6**

