**Exhibit 8**

COLLINSON, DAEHNKE, INLOW & GRECO
Laura E. Inlow, Esq., State Bar No. 130584
Email: laura.inlow@cdiglaw.com
21515 Hawthorne Blvd., Suite 800
Torrance, CA 90503
Telephone: (424) 212-7777
Facsimile: (424) 212-7757

Attorneys for Defendant, COUNTY OF LOS ANGELES

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA – WESTERN DIVISION

| | |
|---|---|
| GRANT VALENCIA,<br><br>Plaintiff,<br><br>v.<br><br>LOS ANGELES COUNTY SHERIFF'S DEPARTMENT, a public entity; COUNTY OF LOS ANGELES, a public entity; KENNETH COLLINS, an individual; and DOES 1 through 50, inclusive<br><br>Defendants.<br><br>COUNTY OF LOS ANGELES,<br><br>Cross-Complainant,<br><br>v.<br><br>KENNETH COLLINS, and MOES 1 through 50<br><br>Cross-Defendant | CASE NO. 19-cv-00471 GW (GJSx)<br><br>DECLARATION OF CAPTAIN KELLY POROWSKI IN SUPPORT OF DEFENDANT COUNTY OF LOS ANGELES' MOTION FOR SUMMARY JUDGMENT OR IN THE ALTERNATIVE SUMMARY ADJUDICATION<br><br>Date: January 23, 2020<br>Time: 8:30 a.m.<br>Dept.: 9D<br><br>Action Filed: December 14, 2018 |

-1-
DECLARATION OF CAPTAIN KELLY POROWSKI

I, Captain Kelly Porowski declare:

1. I am a Captain with the Los Angeles Sheriff's Department (LASD) and am presently assigned to the Internal Affairs Bureau.

2. I make and give the following declaration based on personal knowledge and testify thereto under oath.

3. I graduated from the Sheriff's Academy 1990. After completing my Academy training, my first assignment was working custody at PDC North. From there, I was assigned to patrol at the Temple Station. I promoted to Sergeant in 2005 and to Lieutenant in 2011. I have had assignments at Twin Towers Correctional Facility, the Facility Services Bureau, Facilities Project Bureau, Population Management Bureau and the Internal Affairs Bureau (IAB). I promoted to Captain in 2019 while at IAB.

4. I have been the Captain of the LASD Internal Affairs Bureau from June 2019 to the present.

5. Based on my almost thirty years with the Sheriff's Department and my experience as the Captain of the Internal Affairs Bureau, I am personally familiar with the Sheriff Department's policies on deputy discipline.

6. At all times relevant to this matter, the LASD has had written policies regarding deputy behavior, both on and off duty, as well as the process for investigating external and internal complaints about the actions of deputies and civilian personnel. The primary guide of deputy conduct is the written

-2-
DECLARATION OF CAPTAIN KELLY POROWSKI

Manual of Policy and Procedure (MPP). All deputies are trained on and have access to the written MPP.

7. At all times relevant to this matter, the LASD also had a written booklet entitled Guidelines for Discipline which was designed to assist supervisors, managers and executives in determining when and how to impose discipline on deputy personnel. It was also designed to notify Department employees of Department policy and practice relating to discipline.

8. The Internal Affairs Bureau, when requested, is responsible for handling administrative investigations related to policy violations. The determination to open an investigation remains at the Unit Commander's level or higher. If discipline is determined to be appropriate, the Department's possible disciplinary steps from least severe to most severe are as follows: written reprimand, suspension, salary step reduction, bonus removal, demotion, and discharge.

9. Department policy mandates and deputy personnel are trained that they are subject to discipline for certain off-duty incidents/behaviors as well as on-duty acts.

10. The imposition of discipline stems from an investigation to determine the facts, an evaluation of whether the facts reflect employee misconduct, an assessment of the significance of the misconduct and the proper disciplinary

-3-
DECLARATION OF CAPTAIN KELLY POROWSKI

response. The extent and who conducts the investigation depends on the nature of the allegations and the misconduct alleged.

11. It is the policy of the LASD to receive civilian complaints and respond with a supervisory review of the complaint.

12. In response to a civilian complaint, policy dictates that the Department initiate a supervisory inquiry which is a supervisory review of the incident that culminates in a written Watch Commander Service Comment Report (WCSCR). Once completed, the WCSCR is forwarded to the appropriate Division. If there are allegations of criminal misconduct, the Unit Commander will advise the Division Chief and the Internal Criminal Investigative Bureau will be notified to conduct a review and initiate a criminal investigation. If the conduct is considered a department policy violation, an administrative investigation will be conducted. The WCSCR shall be completed and shall also be forwarded to the concerned Division.

13. Per Policy, the Unit Commander reviews all WCSCR's and is to send a letter to the complaining civilian summarizing the results of the inquiry advising the civilian that if they are dissatisfied with the results, they may contact the Unit Commander or Office of Inspector General. Regarding Administrative Investigations, the LASD also has a written Administrative Investigations Handbook.

-4-
DECLARATION OF CAPTAIN KELLY POROWSKI

14. Administrative Investigations are classified in one of the following ways: 1) *exonerated*, meaning the investigation established by clear and convincing evidence that either the employee was not involved or the allegation against the employee is demonstrably false; 2) *founded*, meaning the investigation determined the allegation was true and the actions violated the law or Department policy; 3) *unfounded*, meaning the investigation established by a preponderance of the evidence that the allegation is not true; and 4) *unresolved*, meaning insufficient evidence to support either the complainant's version of the incident or the Department member's version.

15. When the Administrative Investigation is completed at the unit level, the Unit Commander adjudicates the case and determines the appropriate disposition.

16. I have reviewed the Performance Recording and Mentoring System (PRMS) report of former deputy Kenneth Collins. In the fifteen years in which Collins was employed as a deputy Sheriff, he received eight public commendations and five Unit Commander commendations. He was also the subject of six civilian complaints, which were all the subject of investigations resulting in a Watch Commander's Service Comment Report.

17. Aside from complaints of rude or discourteous service, three of the complaints alleged theft of money and I have reviewed these WCSCR's. In 2007, two suspects alleged that Deputy Collins and his partner had stolen

-5-
DECLARATION OF CAPTAIN KELLY POROWSKI

money from them during their arrest. The money had been seized and counted in the presence of a sergeant and neither suspect complained at the time of their booking. The conduct of Deputy Collins and his partner was determined to be reasonable and the complaint was determined to be unfounded.

20. In 2008, another suspect complained that Collins and a different partner stole money from a vehicle that had been sent to a tow yard. The suspect did not complain at the time of booking and Deputy Collins' partner had done the inventory of the car. After a full investigation, no determination was reached.

21. A third complaint regarding theft of money was made in 2014 by Daniel Nerosyan and the investigation was conducted by Lt. Kimura. It is my understanding that Lt. Kimura is submitting his own declaration.

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct to the best of my knowledge. Executed this 13th day of December 2019 in Los Angeles, California.

Captain Kelly Porowski

-6-
DECLARATION OF CAPTAIN KELLY POROWSKI