# Exhibit M

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA - WESTERN DIVISION

DANIEL NERSOYAN,
           Plaintiff,

    vs.

COUNTY OF LOS ANGELES, a county corporation; COUNTY OF LOS ANGELES SHERIFF'S DEPARTMENT, a public entity; SHERIFF JAMES MCDONNELL, in his official capacity and as an individual; DEPUTY KENNETH COLLINS, individually and in his official capacity as a Deputy, and DOES 1 through 10, inclusive,
           Defendants.

Case No. CV19-08109SVW
       (MAAx)

---

DEPOSITION OF LIEUTENANT DOUGLAS KIMURA

APPEARING REMOTELY FROM

LOS ANGELES COUNTY, CALIFORNIA

February 17, 2021

12:38 p.m.

REPORTED BY:

La Tasha Peters

CSR No. 12110

APPEARING REMOTELY FROM LOS ANGELES COUNTY, CALIFORNIA

Page 50

1  last question and answer?
2       THE REPORTER: OH, MY APOLOGIES. I WAS ON MUTE.
3       MR. DEVEREUX: Oh, okay.
4
5       (The record was read by the reporter.)
6
7       MR. DEVEREUX: Thank you.
8       THE REPORTER: Certainly.
9  BY MR. DEVEREUX:
10   Q.  All right. Lieutenant, so what else did you do to
11  try to procure the witness Hyrum Dubon?
12   A.  I believe I ran arrest records, or I don't know
13  about that but arrest history, to try to track down where he
14  lived.
15   Q.  Okay. And were you able to find arrest records?
16   A.  Yes.
17   Q.  Okay. All right. And what did you do after you
18  found those arrest records?
19   A.  In what way?
20   Q.  What did you do with that information, the new
21  information?
22   A.  I obtained an address. I never made it out there.
23   Q.  Okay. All right. Do you recall what your next step
24  was?
25   A.  No. Let me refer to this declaration.

Page 51

1   Q.  All right.
2   A.  At one time I was trying to set up an, a meeting
3  with your client's attorney.
4   Q.  Okay.
5   A.  I believe I did schedule a meeting with him.
6   Q.  Okay.
7   A.  However, he canceled on me.
8   Q.  All right. Do you recall what the purpose of that
9  meeting was for?
10   A.  I believe to view the video that he said he had.
11   Q.  All right. And --- and in 2014 or 2015 did you ever
12  see the video?
13   A.  No, Sir.
14   Q.  Okay. Have you seen the video since then?
15   A.  I've never seen the video.
16   Q.  Okay. All right.
17   A.  Have you?
18   Q.  I'm going to get into who has that video. Somebody
19  in the Department has it, but we'll get into that.
20       MS. INLOW: I'm going to object to that. That's not
21  what your client said.
22  BY MR. DEVEREUX:
23   Q.  That's not what he says, but.
24       All right. At, at some point did you ever meet with
25  Deputy Collins?

Page 52

1   A.  No.
2   Q.  No. Okay. Did you ever speak to Deputy Collins?
3   A.  Yes.
4   Q.  Okay. And how did you do that?
5   A.  Over a phone.
6   Q.  Over a phone. How long was that conversation, do
7  you think?
8   A.  A couple of minutes.
9   Q.  Okay. And do you recall what the breadth of that
10  conversation included?
11   A.  Did I -- let me refer to the declaration.
12   Q.  Okay.
13   A.  I asked him about if he had contact with a
14  Hyrum Dubon, and he told me that he has never made traffic
15  stops since being assigned to the Emerging Leaders Program.
16   Q.  Okay. And for you there was no, there was no tools
17  to determine whether that was true or not; is that correct?
18   A.  Correct.
19   Q.  Okay. Let me ask you this: If you had known,
20  hypothetically, that there were two previous accusations of
21  Kenneth Collins stealing money, would you approached it
22  differently?
23       MS. INLOW: Objection. It's vague, ambiguous, lacks
24  foundation, is an incomplete hypothetical, is an
25  inappropriate hypothetical to this witness and calls for

Page 53

1  speculation.
2       You may answer, Lieutenant.
3       THE WITNESS: If I had known that he has two prior
4  allegations of theft would I have handled it differently?
5  BY MR. DEVEREUX:
6   Q.  Correct.
7   A.  I don't believe I would have.
8   Q.  Okay. At that point in time after you spoke to
9  Mr. Collins on the phone, what was your conclusion?
10       MS. INLOW: Objection. Vague, ambiguous, lacks
11  foundation, incomplete hypothetical.
12       THE WITNESS: What was my conclusion?
13  BY MR. DEVEREUX:
14   Q.  Yes.
15   A.  I hadn't made a conclusion at that time.
16   Q.  Did you believe that Mr. Collins was being honest
17  with you?
18       MS. INLOW: Same objections.
19       THE WITNESS: Again, I didn't make -- have any
20  conclusions at that time.
21  BY MR. DEVEREUX:
22   Q.  I'm sorry, I didn't hear that. I'm sorry. I'm
23  getting kind of old.
24   A.  I said I didn't have any conclusions at that time.
25   Q.  Okay. So what was your plan from there?

Page 62

1  knowledge did anyone outside of the Sheriff's Department, not
2  related to the Sheriff's Department, see your preliminary
3  investigation into Kenneth Collins, that you conducted while
4  the OPS sergeant at COPS Bureau.
5        THE WITNESS: Is that what you're asking me?
6        MS. INLOW: Michael?
7  BY MR. DEVEREUX:
8     Q. Yes.
9     A. I believe the Feds saw it.
10    Q. Okay. How about anybody from the County?
11       MS. INLOW: Same objections.
12 BY MR. DEVEREUX:
13    Q. Anyone from the County, County of Los Angeles?
14       MS. INLOW: The County of Los Angeles would include
15 the Sheriff's Department.
16       THE WITNESS: I don't know.
17 BY MR. DEVEREUX:
18    Q. The civilian complaint board?
19    A. I don't know.
20    Q. Okay. So other than the Feds, okay, the Collins or
21 the Nersoyan matter was not presented to anyone else?
22       MS. INLOW: Same objections.
23 BY MR. DEVEREUX:
24    Q. To the best of your knowledge?
25    A. To the best of my knowledge was the Collins case

Page 63

1  presented to other than the Feds?
2     Q. Yes.
3     A. I don't know.
4     Q. Okay. All right. To the best of your knowledge did
5  you present it to anybody other than the -- did you present
6  it to anybody else outside the Sheriff's Department?
7     A. No.
8        MR. DEVEREUX: Okay. I have nothing further.
9
10              CROSS-EXAMINATION
11
12 BY MS. INLOW:
13    Q. Lieutenant, I have a question. You have multiple
14 times today referred to your investigation as a preliminary
15 investigation. Why did you refer to it as a preliminary
16 investigation?
17    A. I referred it to as a preliminary investigation
18 because I was unable to conduct further investigation.
19    Q. Why were you unable?
20    A. I was told to stop the investigation because the FBI
21 is going to take over the case.
22    Q. Who told you that?
23    A. I believe it was my captain or my operations
24 lieutenant.
25    Q. Were you ever given a reason as to why the case is

Page 64

1  being pulled from you and given to the Feds?
2     A. I was not given a reason.
3     Q. Once you received that information, did you do
4  anything else regarding Kenneth Collins?
5     A. No.
6        MS. INLOW: Thank you.
7        MR. DEVEREUX: Nothing further from me.
8        THE WITNESS: Are you sure?
9        MR. DEVEREUX: I'm certain at this point. Thank you
10 very much.
11       THE WITNESS: Thank you.
12       MS. INLOW: All right. Thank you, Lieutenant.
13 Appreciate it.
14       Ms. Reporter, do you need anything else spelled, or
15 are you good?
16       THE WITNESS: Can I -- can I click leave?
17       MR. DEVEREUX: You can click -- we are all getting
18 ready to click leave so yes you may. I have no problem.
19       THE VIDEOGRAPHER: And then I'll end by saying the
20 time is 2:04 p.m. and we are off the record.
21
22       (Exhibit 1 introduced remotely to all parties.)
23
24       (Deposition concluded at 2:04 p.m.)
25

Page 65

1              DECLARATION UNDER PENALTY OF PERJURY
2
3        I, Lieutenant Douglas Kimura, do hereby certify under
4  penalty of perjury that I have read the foregoing
5  transcript of my deposition taken on February 17, 2021,
6  that I have made such corrections as appear noted herein
7  in ink, initialed by me; that my testimony as contained
8  herein, as corrected, is true and correct.
9
10       Dated this _____ day of _____,
11 2021, at _____,
12 California.
13
14
15
16                          _____
17                                Lieutenant Douglas Kimura
18
19
20
21
22
23
24
25