Name: Michael Devereux (SBN 2252400)
Address: 9171 Wilshire Boulevard, Suite 500
City, State, Zip: Beverly Hills, California 90210
Phone: (424) 444-0883
Fax:
E-Mail: mike@wex.law

☐ FPD  ☐ Appointed  ☐ CJA  ☐ Pro Per  ☒ Retained

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

DANIEL NERSOYAN,

PLAINTIFF(S),

v.

COUNTY OF LOS ANGELES,

DEFENDANT(S).

CASE NUMBER:

2:19-cv-08109-SVW-MAA

**NOTICE OF APPEAL**

NOTICE IS HEREBY GIVEN that _Daniel Nersoyan_ hereby appeals to
*Name of Appellant*
the United States Court of Appeals for the Ninth Circuit from:

**Criminal Matter**

☐ Conviction only [F.R.Cr.P. 32(j)(1)(A)]
☐ Conviction and Sentence
☐ Sentence Only (18 U.S.C. 3742)
☐ Pursuant to F.R.Cr.P. 32(j)(2)
☐ Interlocutory Appeals
☐ Sentence imposed:

☐ Bail status:

**Civil Matter**

☒ Order (specify): Granting Defendant's MSJ

☐ Judgment (specify):

☐ Other (specify):

Imposed or Filed on _07/01/2021_. Entered on the docket in this action on _07/01/2021_.

A copy of said judgment or order is attached hereto.

July 8, 2021                           /s/ Michael Devereux
Date                                   Signature
                                       ☐ Appellant/ProSe  ☒ Counsel for Appellant  ☐ Deputy Clerk

**Note:**  The Notice of Appeal shall contain the names of all parties to the judgment or order and the names and addresses of the attorneys for each party.  Also, if not electronically filed in a criminal case, the Clerk shall be furnished a sufficient number of copies of the Notice of Appeal to permit prompt compliance with the service requirements of FRAP 3(d).

A-2 (01/07)                            **NOTICE OF APPEAL**